**I/S**

JORDAN NICHOLAS SUKUT, PRO SE
199 Madera Drive
Sandpoint, ID 83864
J@Lionsberg.org
+1 (949) 540-3103



FILED
CLERK, U.S. DISTRICT COURT

**07/26/2023**

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

FEE PAID

# UNITED STATES DISTRICT COURT

for the

CENTRAL DISTRICT OF CALIFORNIA

JORDAN NICHOLAS SUKUT,

　　　　Plaintiff,

vs.

COUNTY OF SAN BERNARDINO; SAN
BERNARDINO COUNTY FLOOD CONTROL
DISTRICT; LEONARD HERNANDEZ, in his
individual capacity; LUTHER SNOKE, in his individual
capacity; RYAN BROWN, in his individual capacity;
JON ESCALANTE, in his individual capacity;
LAWRENCE WHITE, in his individual capacity;
MAZIN CASEY, in his individual capacity; KEVIN
BLAKESLEE, in his individual capacity; and Does 1
through 10, in their individual capacities.

　　　　Defendant(s)

_____

Case No.: No. 5:23-cv-01480-AB(SSC)

**COMPLAINT FOR CIVIL CASE FOR:**

**1) RETALIATION (42 U.S.C. § 1983);**
**2) EQUAL PROTECTION (42 U.S.C. § 1983);**
**3) DUE PROCESS (42 U.S.C. § 1983);**
**4) FABRICATION OF EVIDENCE (42 U.S.C. § 1983);**
**5) DEFAMATION (42 U.S.C. § 1983);**
**6) CONSPIRACY (42 U.S.C. § 1983);**
**7) CRUEL AND UNUSUAL PUNISHMENT ((42 U.S.C. § 1983));**
**8) SUPERVISORIAL LIABILITY (42 U.S.C. § 1983);**
**9) MUNICIPAL LIABILITY (*MONELL*) (42 U.S.C. § 1983);**
**10) BEACH OF CONTRACT**
**11) BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**
**12) TORTIOUS INTERFERENCE WITH CONTRACTUAL RELATIONS**
**13) TORTIOUS INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE**
**14) NEGLIGENCE**
**15) NEGLIGENT SUPERVISION**
**16) CIVIL EXTORTION**
**17) FRAUD / MISREPRESENTATION**
**18) DEFAMATION / SLANDER**
**19) BANE ACT**
**20) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
**21) CIVIL CONSPIRACY**

**DEMAND FOR A PUBLIC JURY TRIAL**

*We hold these Truths to be Self-Evident, that All people are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty, and the pursuit of Happiness;*

*That to secure these Rights, Governments are instituted among Men, deriving their just powers from the governed;*

*That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute New Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness.*

## <u>GENESIS</u>

1.  Esteemed members of the Court and fellow compatriots in the shared pursuit of Justice, I stand before you and the Highest Courts of Heaven and Earth today, not only as a petitioner for a redress of grievances, but as a Child of God, an American Citizen, an entrepreneur, a builder, a candidate, and one risking my life, resources and reputation to contend spiritually, legally, and politically with the forces of permeating Darkness and Corruption gripping our local communities, and our failing American Experiment.

2.  As a Pro Se Litigant, I pray you will forgive me for what I am sure will be many violations of legal convention. However perhaps we are at moment in time where such a challenge to convention is required, and may indeed beneficial, in our mutual Quest towards Truth and Justice. The conventions of this Nation are clearly broken, and so we are tasked with walking the fine line of honoring what is most Wise, Right, Good, and True, and challenging what is broken.

3.  This petition marks the next stage of our treacherous Quest towards the co-creation of a Truthful, Loving, Just, and Good Society in which every Citizen has the opportunity to develop towards the fullness of their

unique potential and flourish in harmony and abundance, through the Quality and Quantity of their Service to God, their fellow Citizens, and All Creation.

4. Progress towards the manifestation of such a Ideal Culture and Society requires the Co-Creation of a Total Nested Hierarchy of Conditions, which we are the requisite predecessors to human flourishing in harmony with the Creator and All Creation.

5. Among these conditions is the basic condition of Freedom and Liberty from Tyranny, Corruption, and Injustice.

6. For this reason, the Founders of these United States urged extreme vigilance in guarding against the spirit of corruption and tyranny they were risking everything to escape.

   a. *The time to guard against corruption and tyranny, is before they shall have gotten hold on us. It is better to keep the wolf out of the sheep fold, than to trust to drawing his teeth and talons after he shall have entered.* – Thomas Jefferson

7. It has become woefully and wretchedly self-evident to We The People that the parasitical wolves have indeed now sunk their teeth and talons deep into this failing American Experiment.

8. The Founder's Intent, which is One with the Creator's Intent, is Life,  Liberty, Justice and Happiness for All. *In service of this Intention*, We The People establish Government, which is then imbued with the Sacred Duty to operate *in service of, by, and for* The People and God.

9. Because my family has been tortured, afflicted, and beset upon by parasitical tyrants in an archetypically illustrative way, I have the unique privilege and spiritual and moral duty to rise from the ashes and tell Our Story.

10. I have decided, in a Spirit of childlike Faith, to tell Our Story here in Federal Court, and to boldly request in my Prayer For Relief a Declaratory Judgment in which the Federal Courts once again conclusively rule on an affirm the rights, duties, and obligations of The Government to We The People.

11. If the Court grants this Prayer For Relief, and if we can fight or defend it all the way to the Supreme Court if necessary, it has the Potential to effectively resolve Our Particular Case and bring Justice in a Way that

powerfully advances All American Citizens towards the Life, Liberty, Justice and Happiness so woefully lacking at present in our failing and confused American Experiment.

12. As a Citizen on the edge of declaring bankruptcy to memorialize the complete destruction of our Old Life, I lack the $5 Million and 5 years I was told it now takes to challenge The Government in court, and I lack the means to hire effective counsel to defend my Self.

13. However upon deep prayerful reflection, I consider it my Sacred Moral Duty to tell Our Story as Truthfully and accurately as I possibly can, and Trust that the best possible future will result.

14. Our Story is not merely a story of our personal, familial, and corporate struggle towards the Light; it is a disquieting mirror reflecting the depths of corruption that plagues our Institutions, betraying the Trust placed in them by the American people, a Trust that I believe it is Our Sacred Duty to help restore across this potentially-great-yet-presently-corrupt-and-failing nation.

15. This Evil oppression and intimidation manifests itself in order to not only punish those who speak Truth and shine Light, but to attempt to intimidate and chill us from ever daring to exercise these Rights in the future. Even during the preparation of this lawsuit, individuals involved in the course of events were frightened for the wellbeing of their families and ours and fearful of further retaliation by County agents, chilling evidence of the long-term silencing effects of oppressive government actions against Citizens.

16. Government Agents consciously inflicting hell on Citizens, as they confessed to doing in Our Story, have no place in Our Society. It is a violation of the laws of heaven, earth, and the fundamental tenants of the Constitution of this potentially great nation for corrupt power structures to consciously conspire to make life hell for the citizens they are commissioned and morally and legally obligated to serve.

17. This case is not just about the story of one Citizen and one family who are suffering unjustly. This is one battle in a War for Spirit and Integrity of our Society.

18. This battle for the Spirit of America and the Spirit of Our World is the defining battle of our times, and the future of every Citizen depends on its outcome.

19. There is no Way to know how Our Story will end, yet we believe it is our Spiritual and Moral Duty to speak Truth, *especially in the face of overwhelming corrupt power structures*, and Trust and have Childlike

Faith in God that whatever Future results from Speaking the Truth in Love, even if it should cost us our lives, is the Best Possible Future and precisely what needed to happen next in Our Story, The Story of America, and The Story of the human species aboard planet Earth at this crucial juncture in history.

20. Whatever has happened to Us in the past, and whatever happens to Us in the Future, can happen to any of Us, The People, so *please* Pay Attention. We may not realize how much danger We are in from the parasitical teeth and talons gripping us, and how many generations of suffering is at stake should We fail to decisively and entirely Liberate Our Selves.

## STRUCTURE OF THIS CLAIM

21. As a Pro Se Litigant, We are relatively unversed in legal convention, and therefore will do Our best to lay out what We believe to be the relevant considerations in a set of coherently organized sections the satisfy the minimum standards of a Federal complaint.

22. We have structured this complaint in distinct sections, as follows:

    a. Section 1: Summary of Pleading, and Parties to the Compliant

    b. Section 2: Administration, Jurisdiction and Venue

    c. Section 3: Invocation of God, Universal Law, and Founders Intent

    d. Section 4: Axiomatic Presuppositions

    e. Section 5: The Story Our Story is Nested Within

    f. Section 6: Our Story and Factual Allegations

    g. Section 7: Presentation of Claims

    h. Section 8: Damages and Losses

    i. Section 9: Prayer For Relief

    j. Section 10: Closing Remarks

23. Again, We ask for your patience, as working in isolation We at present lack the time, resources, and effective counsel to prepare something of higher quality, brevity, and clarity. While unconventional, We

believe that these sections satisfy within themselves the basic requirements of federal procedure for a Pro Se Litigant, with a level of clarity We pray is comprehensible to the Courts and Stewards of Justice.

# SECTION 1: SUMMARY OF PLEADING, AND PARTIES TO THE COMPLAINT

## Summary of Pleading

24. It is directly relevant to a plain and concise statement of the facts in this specific case, that in the beginning, God Created the heavens the the Earth, and beings in the spiritual and physical realms. Endowed with creative consciousness and free will, some created beings chose to misuse the creative consciousness and power given to them by their Creator to rebel against their Creator, and sought to rise up, usurp the Proper Order of Authority, and assert themselves as Supreme. A Holy War followed, in which 1/3 of the host of heaven was cast down. Bitter, resentful, and vengeful, they continued to plot and conspire to tear down and destroy The Ideal, and all its incarnations.

25. After tempting humanity to eat of the tree of the Knowledge of Good and Evil, they possessed one of the first two humans born of humanity in The Story of Cain and Abel. When God recognized and rewarded the proper sacrifices of Abel, and rejected the improper sacrifices of Cain, the Spirit of Evil seized Cain. Filled with the bitterness, resentment, envy, and vengefulness of the Domain Independent Spirit possessing him, he was impelled to rise up and strike down the incarnation of The Ideal in Abel. This brought the War in Heaven down to Earth, and began the multi-generational struggle between Spirit of Abel, operating in harmony with God, and the spirit of Cain, operating in harmony with the Forces of Evil.

26. Generations later, We had forgotten Who We Are and wandered from the Way, and as a consequence had descended into generations of slavery under a tyrannical power structure in Egypt. The Spirit of God appeared to Moses, reminding him of Who He Was, and objecting to the tyranny, oppression, and exploitation the Israelites were suffering under. The Spirit that rejects Tyranny and Oppression led Us out of slavery, into The Wilderness, and towards the Land of Promise.

27. Generations later, We had again forgotten Who We Are and wandered from the Way, and as a consequence descended into generations of oppression under a tyrannical power structure in Jerusalem and in Rome. The Spirit of God incarnated its Self in Jesus, reminding him of Who He Was, and objecting to the tyranny, oppression, and exploitation of the religious and political elite. When Jesus spoke Truth the Spirit of Cain, harmonized with the Forces of Evil, again arose and the religious and political leaders possessed by it bitterly gnashed their teeth and sought to destroy him.

28. Generations later, We had again forgotten Who We Are and wandered from the Way, and as a consequence descended into generations of oppression under tyrannical power structures in England and Europe. The Spirit of God spoke to the Founders of these United States, reminding them Who They Were, and objecting to the tyranny, oppression, and exploitation of the distant English and European elite. The Spirit that rejects Tyranny and Oppression led Us to articulate the universal and eternal self-evident Truths and inalienable Rights and Responsibilities that paved the Way for this historic experiment in Liberty and Justice for All.

29. Generations later, We had again forgotten Who We Are and wandered from the Way, and as a consequence were descending back into generations of oppression under tyrannical and collusive power structures in America. The Spirit of God began speaking to and through many of Us, reminding us of Who We Are, and objecting to the tyranny, oppression, and exploitation of the collusive American and International elite.

30.  One such individual was the Plaintiff of this case, Jordan Nicholas Sukut ("Jordan"), and Our company, RockForce Construction. When We remembered Who We Are exercised Our Divine and Constitutional Rights and Responsibilities to pursue Happiness, Speak Truth, and shine Light into the Darkness, and were consequently rewarded by God, County, and State Governments, the spirit of Cain again rose up and possessed the corrupt County Bureaucracy of the County of San Bernardino, leading the County and its Agents to gnash their teeth, conspire, and threaten to destroy Us.

31. As it always does, the spirit turned into corrupted thoughts, corrupted thoughts turned into deceitful words, deceitful words turned into vengeful threats, and vengeful threats turned into consciously malevolent action aimed at Our destruction.

32. What resulted was a conscious and overt illegal conspiracy and campaign to vengefully deprive Us of Our rights and responsibilities before God and the United States Constitution, Our livelihood, Our economic and social security, Our reputation, and Our economic and social opportunity.

33. What We came to understand later was that the County has a well-known and long-standing history and pattern of corruption, which multiple generations of Supervisors and executives have failed to Supervise and correct, and that we were merely the latest in a stream of those afflicted by the wanton abuse of power in the County in disregard for its Duty to its citizens, and in violation of their Civil Rights.

34. The facts of this case involve:

    a.  A long-standing history of dedicated work, sacrifice, and service to God and Society, interspersed with all the trials and temptations common to man

    b.  Success and exceptional recognition and reward

    c.  A County notorious for its long-standing patterns of corruption and injustice

    d.  Explicit threats and conspiracy by County Agents aimed at vengefully tearing down and destroying

    e.  The conscious infliction of prolonged, intentional, torturous, and tortious harm

    f.  The destruction of Our business entity, RockForce Construction, and Our Body of Work and Potential in the Industry

    g.  A resulting shattering of Our Old Life, leading to irreparable and irreversible damages

    h.  A rising from the ashes, leading to this War

35. This course of events constitutes an egregious violation by Defendants of numerous of Our self-evident and inalienable Spiritual and Constitutional Rights and Responsibilities before God and Society.

36. This case is not a matter of mere negligence and failure of The Government to conform itself to its Standard of Duty; it is an egregious case of a Government so permeated and possessed by corruption and malevolence that it would consciously conspire towards the destruction of one of its Citizens.

37. Our claims are based on an illegal campaign of corruption, retaliation, intimidation, obstruction, deceit, slander, harassment, negligence, and wanton breach of Duty by the County and the State of California, via

their employees and Agents, and by the individual Defendants, in their own capacities, each of whom, as public servants responsible for co-creating the conditions in which Life and Society can flourish in harmony, must be held to a Higher Standard, and prevented from further abuses of the positions and power temporarily entrusted to them by We The People.

38. As a result of the catastrophic damages inflicted upon Us, We have Just Cause and Responsibility to bring numerous claims, both state and federal, based on this course of conduct waged by the County and its Districts and Departments, by and through their current and former employees acting under the color of state law.

39. Because the County and its agents were possessed by the Spirt of Corruption, Tyranny, and Cain, they consciously, intentionally, and malevolently violated the entire Founder's Intention and Spirit of America enshrined in the Constitution, and the Spirit of God enshrined in the Bible, and as such as guilty before the Laws of heaven and earth of many more than the twenty one specific claims enumerated below. Nevertheless, these twenty one *specific claims* should be adequate to illustrate legally the *general depth* of the Violation of Our Rights, and pave a Way towards Justice and a clarification in the federal courts of the Duty The Government owes to its Citizens.

40. Violations of Our Civil Rights, 42 U.S.C. § 1983, include:

    a.  Claim One: Retaliation

    b.  Claim Two: Equal Protection

    c.  Claim Three: Due Process

    d.  Claim Four: Fabrication of Evidence

    e.  Claim Five: Defamation

    f.  Claim Six: Conspiracy

    g.  Claim Seven: Cruel and Unusual Punishment

    h.  Claim Eight: Supervisorial Liability

    i.  Claim Nine: Municipal Liability (*Monell*) f

41. Resulting State Claims include but are not limited to

1        j.   Claim 10: Breach of Contract;

2        k.   Claim Eleven: Breach of Implied Covenant of Good Faith and Fair Dealing;

3        l.   Claim Twelve: Tortious Interference with Contractual Relations;

4        m.   Claim Thirteen: Tortious Interference with Prospective Economic Advantage

5        n.   Claim Fourteen: Negligence

6        o.   Claim Fifteen: Negligent Supervision / Retention

7        p.   Claim Sixteen: Civil Extortion

8        q.   Claim Seventeen: Fraud / Misrepresentation

9        r.   Claim Eighteen: Defamation / Slander

10        s.   Claim Nineteen: Bane Act

11        t.   Claim Twenty: Intentional Infliction of Emotional Distress

12        u.   Claim Twenty One: Civil Conspiracy

13  42. As a direct and proximal consequence of the Defendants actions and omissions, We suffered devastating and irreparable damages and losses including the loss of Our home, Our business, Our livelihood, Our reputation, and Our social and economic opportunity. In the dedicated section below, these damages and losses are separated out into categories for analysis. Business damages  include but are not limited to lost business opportunities; loss of critical talent and staff; injury to mercantile standing, bonding capacity and credit; irreparable damage to industry relationships We had carefully cultivated over decades; the loss of capacity to bid on and obtain new work; the termination of RockForce's financial and performance capacities; the resulting termination of all RockForce contracts; the resulting assumption thereof by the Surety; the resulting cascading and irreparable damages; the resulting destruction of Our Old Life, which will soon be memorialized and put under transparent public resolution via bankruptcy.

23  43.  We have also suffered substantial personal and familial loss. As the damages from the County's unlawful conduct accumulated, and the County sat on RockForce's Change Orders, We drained personal resources—stopping at nothing to try to see the Cactus Basins Project to fruition and to save the company We built from the ground up, and the livelihoods of as many co-workers as We could.

44. The personal harm suffered includes monetary damages—the liquidation of Our family home and assets that constituted essentially all of Our net worth, income, and retirement—as well as irreparable injury to reputation, character, social, familial, community and mercantile standing; mental anguish and suffering; and physical ailments and damage arising from the intentional infliction of extreme emotional distress.

45. Personal economic damages also include the destruction of the economic potential of RockForce as a company, and Us personally, in the industry. Personal economic damages were essentially ultimate, forcing Us to file bankruptcy relatively concurrently with filing this lawsuit, the act of which will continue to inflict cascading damages and obstacles into Our future. These damages go far beyond the substantial economic harm We and Our company have suffered and are truly irreparable.

46. In Our prayer for relief, We are seeking:

    v.   A Declaratory Judgment resolving legal uncertainty for Us personally and We The People, and conclusively ruling on and affirming the rights, duties, and obligations of Citizens and Their Government

    w.  Consequential and punitive damages of no less than $50 to $100 million, but in an amount ultimately to be proven at trial, including, but not limited to:

        i.   Compensatory damages, including for injury to person, lost income, lost business opportunities, loss of reputation, and loss of Mr. Sukut's economic opportunity in the industry and related industries; and

        ii.  Punitive damages.

    x.   An award of reasonable attorney's fees, costs, and expenses to Plaintiff, pursuant to 42 U.S.C. § 1988, in an amount to be proven at trial;

    y.   For costs of suit herein incurred;

    z.   Pre-judgment interest;

    aa.  Other appropriate clarifications and remedies;

    bb.  Such other and further relief as this Court shall find just and proper.

# The Parties

47. Plaintiff Jordan Nicholas Sukut is an individual formerly residing in Orange County, California, and presently residing in Idaho. He is the owner of the now-deceased company RockForce Construction, and is presently working through Lionsberg to unite the forces of goodwill in our mutual struggle against corruption and injustice, and towards the Better Future we All desire.

48. Defendant County of San Bernardino is a municipal corporation organized and existing under the laws of the State of California. Defendant County was at all relevant times mentioned herein responsible for its own actions and / or omissions as well as the actions and / or omissions and the policies, procedures, customs and practices of the San Bernardino Public Works Department.

49. Defendant San Bernardino County Flood Control District. Defendant District was  was at all relevant times mentioned herein responsible for its own actions and / or omissions as well as the actions and / or omissions and the policies, procedures, customs and practices of its departments and employees.

50. At all relevant times, Defendant Leonard Hernandez was either Chief Administrative Officer, Chief Operating Officer, or Chief Executive Officer of the County of San Bernardino. In that capacity, he is the official ultimately responsible for setting and enforcing policies, customs, and practices of the County. Defendant Hernandez at all relevant times directed, supervised, authorized, and /or ratified the actions of the employees, agents, and officials of the County as alleged herein, was personally aware of the situation as it unfolded, and personally oversaw the negotiations that ultimately led to the death of RockForce, the failed mediation, and the resulting catastrophic damages to Jordan and those around him.

51. At all relevant times, Defendant Luther Snoke was either Chief Operating Officer and key aid to Leonard Hernandez. In that capacity, he was responsible for setting and enforcing policies, customs, and practices of the County. Defendant Snoke at all relevant times directed, supervised, authorized, and /or ratified the actions of the employees, agents, and officials of the County as alleged herein, was personally aware of the situation as it unfolded, and personally was a part of the negotiations that ultimately led to the death of RockForce, the failed mediation, and the resulting catastrophic damages to Jordan and those around him.

52. At all relevant times, Defendant Kevin Blakeslee was the Current or Former Director of Public Works. In that capacity, he was responsible for setting and enforcing policies, customs, and practices of the Public Works Department. Defendant Blakeslee at all relevant times directed, supervised, authorized, and /or ratified the actions of the employees, agents, and officials of the County Public Works Department as alleged herein.

53. At all relevant times, Defendant Marin Casey was the Current or Former Director of Public Works. In that capacity, he was responsible for setting and enforcing policies, customs, and practices of the Public Works Department. Defendant Casey at all relevant times directed, supervised, authorized, and /or ratified the actions of the employees, agents, and officials of the County Public Works Department as alleged herein.

54. At all relevant times, Defendant Larry White was the Current or Former Resident Engineer on the project. In that capacity, he was responsible for setting and enforcing policies, customs, and practices on the worksite. Defendant White at all relevant times directed, supervised, authorized, and /or ratified the actions of the employees, agents, and officials on the project as alleged herein.

55. At all relevant times, Defendant Ryan Brown was the Current or Former Inspector on the project. In that capacity, he was responsible for quality control, scheduling, and coordination on the project, and for setting and enforcing policies, customs, and practices on the worksite relating to his responsibilities. Defendant Brown at all relevant times directly undertook, directed, supervised, authorized, and /or ratified actions on the project as alleged herein.

56. After the removal of Brown from the project, at all relevant times Defendant Jon Escalante was the Inspector on the project. In that capacity, he was responsible for quality control, scheduling, and coordination on the project, and for setting and enforcing policies, customs, and practices on the worksite relating to his responsibilities. Defendant Escalante at all relevant times directly undertook, directed, supervised, authorized, and /or ratified actions on the project as alleged herein.

57. During the course of events, PAUL COOK was a County Supervisor. In that capacity, he was responsible for supervision of the County and its executives. Defendant Cook supervised and / or ratified the actions of

the employees, agents, and officials responsible for the course of events described herein, and the maintenance and perpetuation of a culture and well-known and documented pattern of systemic corruption.

58. During the course of events, JESSE ARMENDAREZ was a County Supervisor. In that capacity, he was responsible for supervision of the County and its executives. Defendant ARMENDAREZ supervised and / or ratified the actions of the employees, agents, and officials responsible for the course of events described herein, and the maintenance and perpetuation of a culture and well-known and documented pattern of systemic corruption.

59. During the course of events, DAWN ROWE was a County Supervisor. In that capacity, she was responsible for supervision of the County and its executives. Defendant Rowe supervised and / or ratified the actions of the employees, agents, and officials responsible for the course of events described herein, and the maintenance and perpetuation of a culture and well-known and documented pattern of systemic corruption.

60. During the course of events, CURT HAGMAN was a County Supervisor. In that capacity, he was responsible for supervision of the County and its executives. Defendant Hagman supervised and / or ratified the actions of the employees, agents, and officials responsible for the course of events described herein, and the maintenance and perpetuation of a culture and well-known and documented pattern of systemic corruption.

61. During the course of events, ROBERT LOVINGOOD was a County Supervisor. In that capacity, he was responsible for supervision of the County and its executives. Defendant Lovingood supervised and / or ratified the actions of the employees, agents, and officials responsible for the course of events described herein, and the maintenance and perpetuation of a culture and well-known and documented pattern of systemic corruption.

62. During the course of events, JOSIE GONZALES was a County Supervisor. In that capacity, she was responsible for supervision of the County and its executives. Defendant Gonzalez supervised and / or ratified the actions of the employees, agents, and officials responsible for the course of events described

herein, and the maintenance and perpetuation of a culture and well-known and documented pattern of systemic corruption.

63. During the course of events DOES 1 THROUGH 10  occupied unknown positions , which may be revealed during the the course of these legal proceedings.

# SECTION 2: ADMINISTRATION, JURISDICTION AND VENUE

## Jurisdiction and Venue

64. This case is being filed in Federal Court as it involves a matter of Our fundamental Constitutional Rights and arises under federal law, specifically 42 U.S.C. § 1983. Additionally, the case involves claims under California law that are so closely related to the federal claims that they form part of the same case or controversy under Article III of the U.S. Constitution.

65. As required by the California Government Code, RockForce Construction and I initially filed our claims against Defendant County with the County. These claims were rejected, and We subsequently engaged in mandatory mediation, which was not conducted in Good Faith and failed. RockForce then brought its state law claims against the County in state court. These claims have since been assumed by the Surety.

66. Because Our claims were previously filed timely in compliance with California law, and the County's response is interpreted as a denial of all claims, pursuant to Government Code § 945.6 We are now proceeding to file these personal Civil Rights and other claims in this Court.

67. Venue is proper in the Central District of California under 28 U.S.C. § 1391 (b)(1) and (2), because the majority of Defendants reside in this District, and substantial acts and omissions giving rise to Our claims occurred within the jurisdiction of this District.

## Pro Se Pleading

68. We further Pray for Grace from the Judge and Jury in our attempt as a Citizen to represent Our Self in this matter of complex litigation against an opponent with a massive and asymmetrical disparity of earthly strength and resources. We are proceeding in Faith that the Spirit of Truth and Justice will ultimately prevail, and We ask this Court, in the Spirit of Love and Justice, to establish rules and consciously co-create the conditions for these proceedings that will prevent a County known throughout the nation for its corruption, and who has a history of retaliation and revenge, from doing further harm to Us as a consequence of continuing to exercise our Divine and Constitutional Right and Responsibility to speak Truth and shine Light into the Darkness.

## Request For Publicly Funded Defense, and / or a Public Defender

69. We understand that this is a difficult argument to make as a plaintiff. Please suspend judgment and hear us as We again appeal to the Spirit of Justice embodied in the United States Constitution.

70. It is Our understanding that the Founder's Intent of these United States was to protect relatively powerless Citizens from the arbitrary exercise of corrupt and tyrannical power by the relatively powerful Government.

71. Evidence of this exists in the in the Sixth Amendment statement that any Citizen charged with a crime shall enjoy the right to a speedy and public trial, by an impartial jury, … to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense.

72. It is also my understanding that the right to counsel is the right to the effective assistance of counsel, and that counsel must be appropriately competent and sophisticated. McMann v. Richardson, 397 U.S. 759, 771 n.14 (1970). [I]f the right to counsel guaranteed by the Constitution is to serve its purpose, defendants cannot be left to the mercies of incompetent counsel. 397 U.S. at 771.

73. The Founder's Intent is also reflected in the Fifth and Fourteenth Amendments, which acknowledge the inalienable right of Citizens to the legal doctrine of Due Process, and prohibit the deprivation of "life,

liberty, or property" by the federal and state governments without due process of law, giving rise to procedural due process, substantive due process, and equal protection.

74. These require that government officials follow fair procedures before depriving a person of life, liberty, or property, at least consisting of affording the person notice, an opportunity to be heard, *and a decision by a neutral decision maker.* These rights apply equally to civil due process and criminal due process.

75. While the format of this complain indeed rightfully lists me as Plaintiff and the County and its agents as Defendants, this lawsuit is being initiated entirely in self-defense against a corrupted structure of False Governance that fabricated evidence and falsely accused Us of violating Our obligations in Our relationship with The Government, and subsequently issued a unilateral judgement of guilt against Us without due process, in violation of numerous of Our constitutional rights, culminating in terminating Our company for a falsified "cause" despite its conscious self-knowledge of its own attempt to illegally make Our lives a living hell before destroying Us.

76. Numerous legal doctrines and case studies support the basic notion that because of the overwhelming power asymmetry, Citizens have a right to protection against the 'power of the republic' they assent to be governed by, in order to protect them against the arbitrary exercise of power by the government to persecute or harm them.

77. Here, we have a clear case of a Citizen in pursuit of Life, Liberty, and Happiness, who a Government sets out to persecute and harm through an illegal campaign that violates numerous constitutional and state Rights and protections.

78. The notion that 1) a Citizen falsely accused and so thoroughly tormented and harmed by Government Agents that they are left without the resources to defend themselves would then 2) be left without any means of effective defense is a clear violation of the Spirit of the Constitution of these United States, even if it has not been yet reflected in the written letter of the law or court precedence.

79. We further submit that our system of Justice is presently corrupted by the fact that only a Citizen with millions of dollars in free cash flow to pay attorneys is at present capable of hiring the *effective assistance* of counsel to challenge The Government. Our Founding Documents hold it to be a self-evident Truth that

all people are created equal, and endowed with the inalienable Rights enshrined in the Constitution. A system in which only a subset of the 1% have access to effective counsel and the pursuit of Justice is not Just at all.

80. We further submit that given the complexity of complexity of the legal system, very few, if any, Citizens filing Pro Se would rise to the Standard of effective defense. We place Our Selves among them.

81. Multiple law firms agreed in consultation prior to filing this complaint that effective counsel to challenge an opponent of this scale and sophistication could require up to $5 Million.

82. We submit that no Citizen with a net worth of less than $10 Million could realistically undertake such a quest, and even at such a level of net worth such an undertaking would require a dramatic disruption to the general Pursuit of Life, Liberty, and Happiness.

83. This is in clear violation of the Founder's Intent for All Citizens to enjoy prompt recourse to a speedy public trial.

84. Additionally, this $10 Million in nominal remaining net worth would need to be what remained *after* the damages and violations of civil rights and due process were inflicted upon the Citizen, meaning that preceding net worth would have to be far higher.

85. Since only 1% of the Citizens of this wealthiest nation on Earth have a net worth in excess of $10 Million, this creates a dramatic situation of Injustice and the violation of the Constitutional Rights of Citizens to be equal before the Law, in that the courts of this land have so evolved themselves as to be inaccessible to all but a subset of the 1%.

86. This creates a serious ethical and moral problem and a system of very perverse incentives, as the wealth of many of the 1% is dependent upon the social, economic, and political systems that they alone can access and sustain.

87. The fact that only the richest 1% of our nation at present have access to effective counsel in the federal court system is an additional violation of Our basic Constitutional Rights to accessible and speedy Liberty and Justice in an environment in which The Government is constrained by Due Process.

88. In clear violation of Our civil rights and the legal doctrine of due process, the County falsified evidence, alleged that we were guilty of a fault, and County officials together, up to the highest level of CEO, consciously and unilaterally decided to inflict upon us a judgement of default that they explicitly knew carried a sentence of the loss of home, lifestyle, livelihood, reputation, company, and economic opportunity in the industry forged not only through decades of personal service, but preceding decades of family experience. If We take County agents at their word, then We can accept at face value that the completion of the destruction they consciously and knowingly afflicted Us with was indeed their aim, and not an accidental outcome.

89. Given that this complaint  is in fact filed *in Self Defense* against the deceitful and false accusations by a corrupt government entity, We request that the Court order the County to supply Us with objectively independent and competent defense council, or the resources to procure such council.

90. Since the Court likely does not have the resources to procure such council, it may be that Justice would be served by the Court ordering the County to provide such resources, since it is the County that initiated the false accusations and actions against Us in violation of Our civil rights, and did so in a cruel and unusual way which they knew would leave Us without the resources to defend Our Selves, and as such constitutionally owes Us the opportunity to defend Our Selves and seek Justice with effective council in an environment constrained by Due Process.

91.  By the time the Court reviews this request, We will likely have filed bankruptcy as a direct result of the County's actions, and thus qualify as indigent in the face of the overwhelming cost of effective defense.

92.  The estimates provided to Us by the law firms I worked with to prepare the previous claim were generally in the range of $5 Million to ensure we could adequately engage in this kind of complex constitutional struggle against an opponent with virtually unlimited resources.

93.  It is Our prayer for relief that a $5 Million legal fund be established, to be released on a monthly basis against the actual expenses occurred in my defense of Our Selves and Our constitutional rights.

94.  In evaluating this request, We pray the Court would consider that the conscious, illegal, and overt campaign of The Government to damage and destroy is the direct and proximal cause of Our financial

inability to obtain adequate legal council to defend Our Selves and obtain Justice. It seems therefore that the Principles of Justice give Us a Right to objectively independent and sufficiently sophisticated Council to defend Our Selves against the false claims of The Government that is persecuting Us. We are presently not capable of articulating the nuanced legal principles that would demand this, or researching Court precedence that may justify it, so once again We will appeal to the Self Evident Right of Citizens of the United States to adequate legal defense against corrupt and tyrannical government persecution, and the Self Evident Reality that a Citizen of the United States attacked by one of the largest and most sickeningly corrupted Counties on Earth would be unlikely to emerge from the unjust persecution with the $5 Million if free cash flow required to defend themselves in federal court.

95. We have been warned that the County has a virtually unlimited budget and bank of attorneys to attack and overwhelm Us with, that it is difficult or impossible to prevail Pro Se, and Our Current Best Understanding is that Justice demands that the Court *proactively create the total nested hierarchy of conditions in which Justice can occur, one of which is appropriately sophisticated defense counsel for a Citizen unjustly accused.*

96. This counsel, or the resources to obtain this counsel, should be provided very early on in the proceedings in accordance with the Spirit of the Law pertaining to public defenders.

97. It is Our belief that failure to grant this plea would essentially guarantee the perversion of Justice in this or any similar case in which an Citizen is persecuted or prosecuted by Government agents.

## SECTION 3: INVOCATION OF GOD, SPIRIT, UNIVERSAL LAW, FOUNDER'S INTENT, AND THE SPIRIT OF AMERICA

98. At the risk of alienating some who might otherwise be sympathetic to Our cause, it is out of a deep sense of moral responsibility and necessity We are taking the risk of forthrightly invoking God and the self-evident Universal Law of God throughout this Federal plea for Justice.

99.  We are taking this risk because We understand what to be afraid of. We are far more afraid of what will happen to the American Experiment and humanity if we continue to reject and betray the Spirit of God than We are of jeopardizing this case. We would would gladly forgo millions of dollars and indeed sacrifice Our very lives to give the Courts and the Public one more clear opportunity to reestablish Our Selves as One Nation Under God, Indivisible, with Liberty and Justice for All, which we presently are not.

100. The facts of Our Story, and the self-evident state of Our Society, clearly illustrate that as We do not presently enjoy Liberty, We do not presently enjoy Justice, and Our Institutions are divided against themselves and against Citizens like Us. A divided nation in which We lack Liberty and Justice, and in which Forces of Darkness possessing Our Government believe they can trample Our Constitutional Rights with impunity, is one fundamentally at odds with the Spirit and Letter of Our Constitution, the Founder's Intent, the Will and Intention of God, the self-evident and inalienable Rights of Citizens thereunder.

101. We have reason to believe that the revival and understanding of the axiomatic spiritual presuppositions that undergird at least Western Society and our legal system are fundamental to this case, and to our quest to resurrect the Spirit of America.

## Appeal

102. Esteemed Guardians of Justice, We beseech you to join Us on this Journey towards Truth and Justice. This Quest transcends the individual stories as Plaintiff, Judge, Jury, and Public that brought us here. Our individual Stories and Missions are and must become Our Unified Collective Story and Crusade against the corruption and deceit that blights our institutions and erodes the bedrock of our Society.

103. This trial is not solely Ours; it is a testament to and test of the collective Ideals We profess to hold as a Nation founded in the stream of the spiritual tradition that undergirds Our Civilization. It is an opportunity to reaffirm, in a manner that sets a precedent across this Nation and across our World, Our Faithful commitment to and demand for Justice, Truth, and Integrity to once again become the watchwords that Guide our Families, our Institutions and our Society towards their Shared Destiny.

104. Any individual case has the Potential to become the spark that lights a Holy Fire and resurrects the Spirit of America. The Facts of Our Case are not exceptional, but the shocking and deplorable *underlying conditions* in America they illuminate should awaken in us a Spirit of intolerance for systems of tyranny that oppress those Faithfully attempting to serve God and Society. This rising Spirit is the Spirit that led the Israelites out of Tyranny in The Story of The Exodus; it is the Spirit that led Americans out of Tyranny in The Story of these United States; and it is the Spirit that We The People must rediscover if we are going to save the American Experiment from the Parasitical Forces presently "governing", nay possessing and infecting it, and in turn oppressing and exploiting Us, The People.

105. This is the Spirit that We Aim to resurrect and embody as a Light and Example through both this legal battle, and the battle for the independence and integrity of the United States Presidency.

106. This is Our shared Mission, Our shared Quest. We stand at the precipice of a New Dawn – a New Dawn where the Light of Truth dispels the shadows of deceit and where the Thundering Voice of Justice drowns out discordant and slanderous whispers of corruption and Darkness.

107. We ask not for your sympathy, but for steadfast solidarity and support. We need not your sorrow for the past, but active aid in the present Battle. We call not for bitter vengeance or violence, but for permeating Mercy and Justice. Together, let Us transform this moment in history into a pivot, a phase shift, a turning point in Our shared narrative of moral evolution and progressive Enlightenment.

108. This Shared Quest is about more than a lawsuit or a campaign; this is about our legacy as a Nation and a People, a legacy defined by the relentless pursuit of Liberty, Justice, and Truth. We are here at this moment in history as the Stewards of the American Spirit and Dream, and it is in such moments as these We must arise and unite to revive them before the Dream dissolves further into the Nightmare so many of Us are already enduring.

109. It is only through this Narrative Lens and Spiritual Perspective that We will be able to see clearly in order to scrutinize the actions of the COUNTY OF SAN BERNARDINO and its individual Agents herein named, holding them accountable for their misdeeds, while also challenging the deeply corrupted systems

and practices that facilitated and enabled their actions, and offering a brilliantly illuminated Way towards Redemption and Atonement.

110. Our path ahead may be challenging, but the Mission and Vision are crystal clear. We strive towards Justice, Truth, and the resurrection of the American Spirit, which must always progressively conform its Self to the Central Animating Spirit of God, while rooting out and vanquishing parasitical corruption and injustice wherever they rear their ugly heads.

111. And so, with this deep understanding and conviction, We lay bare Our grievances before you and whatever remnants of Truth, Justice and Strength may be left in this American Experiment.

## **SECTION 4: AXIOMATIC PRESUPPOSITIONS**

112. We beseech you, please do not ignore this section, or scoff at its inclusion.

113. Our current best understanding of psychology and spirituality is that there exists a set of spiritual and moral decisions that are *prior to* the act of human Perception. This implies that if We are going to view an aspect of Reality together and Discern Truth together, such as We must do in this particular case, We must agree on at least a minimum set of axiomatic presuppositions that Guide Us and enable Us to See and be Liberated by the Truth.

114. It is further Our current best understanding that this Lens of Perception is held within a Narrative Structure, which is also the basic way that consciousness lays its Self out and perceives its Self.

115. It is further Our current best understanding that this Narrative Structure of Consciousness and Perception self-organizes its concepts hierarchically according to Depth. For now, We can define Depth as existing in proportion to an element's position in the Total Nested Hierarchy of Elements, and based upon how many other elements of the conceptual hierarchy depend upon it.

116. This understanding is directly relevant to the facts, arguments, and claims of this particular case in that my case to the Court can only be properly understood in the context of the self-evident, inalienable, and universal Rights and Responsibilities of a United States Citizen, and indeed any Citizen of the Earth.

117. In order to understand these inalienable Rights and Responsibilities are, one must understand the Source from which they are derived.

118. In order to understand the Source from which our Rights and Responsibilities before God, Society, and our fellow Citizens are derived, one must not only understand the United States Constitution, but also the Founder's Intent and the Spirit of America.

119. In order to understand the Founder's Intent and the Spirit of America, one must understand the Creator's Intent and the Spirit of God.

120. In order to understand the Creator's Intent and Spirit of God, one must discover the Knowledge of God.

121. Once it is understood that the Source of these self-evident, inalienable, and universal Rights and Responsibilities is a Universal and Eternal Spirit that is Domain Independent, and must be related to as such, then we have the possibility of understanding this case, and resolving it in a Way that brings Justice for one Citizen, in a Way that provides a pathway towards Justice for All Citizens, in a Way that provides a pathway towards Justice of All Creation as it flows from and returns to One Creator.

122. Just as the pursuit of Science is nested within an axiomatic presupposition that the Physical Universe, or Reality, is intelligible, and that the diligent investigation of it is useful, redemptive, and Good;

123. So too is the pursuit of Law and Justice nested within an axiomatic presupposition that the Moral Universe and Ultimate Reality is intelligible, and that the diligent investigation of It is useful, redemptive, and Good;

124. Just as the Aim of the Scientific Enterprise is to humbly and progressively investigate, transform and conform our ever-lacking articulated Knowledge to the Reality as it actually is;

125. So too is the Aim of the Spiritual Enterprise to humbly and progressively investigate, transform, and conform our ever-lacking articulated Knowledge to Ultimate Reality as It actually is;

126. And so too is the Aim of the Legal, Social and Justice Enterprises to humbly and progressively investigate, transform and conform our ever-lacking articulated Systems and Structures of Law, Justice and Governance to the Moral Universe as it actually is.

127. The intelligibility of the Physical and Moral Universe is evidence of, and nested within an axiomatic presupposition of, an inherent Guiding Logic, or Logos;

128. This Logos contains within itself self-evident Truths, and carries within itself a Total Nested Hierarchy of inalienable Rights and Responsibilities, as articulated in our Founding Documents;

129. The Source of the Logos, and its self-evident Truths and inalienable Moral Duties, Rights and Responsibilities, is the Creator and Sustainer of the Universe, Who in English we call God;

130. God is (something like) Spirit, and those who seek to rightly relate to God must do so in Spirit and Truth;

131. God is (something like) Love, and those who seek to rightly fulfill the Total Nested Hierarchy of Moral Rights and Responsibilities must Love God, with their whole heart, soul, mind, strength, and being, above All else, and love their Neighbor as their Self;

132. Those who Love desire for the object of their Love to develop towards the fullness of their potential and flourish in harmony;

133. The Love of the Creator extends to All Creation, *for He make the His sun to rise on the evil and the Good, and sense that rain on the Just and the unjust*;

134. The Creator therefore desires for All Creation to develop towards the fullness of its Potential and flourish in perfect fullness and harmony (Shalom);

135. This Ultimate State of fulfillment, harmony, and Perfect Proper Order, or Shalom, is the Creator's Intent; it is the State of the Kingdom of God;

136. Therefore the basic instruction of Jesus, the most faithful Voice of God, was to pray "Thy Kingdom Come, Thy Will be Done, on Earth as it is in Heaven", and to "Seek first the Kingdom of God", and trust that all other needs would be fulfilled as a consequence of placing the Will and Intention of God First.

137. Therefore the basic End State of Perfect Shalom and Right Relationship with God and One Another is The Goal, and the fulfillment of The Goal is not an End State, but a properly ordered world that is already perfect, and continues to get more perfect every day as All Creation works together in Co-Creative harmony with God to cause it to be so.

138. This basic set of axiomatic presuppositions is far Deeper than whatever the current state of written Law or Government happens to be in any given domain, time, and place, and points towards the Ultimate Standard

of Truth, Love, and Justice that is the Spirit we are co-operating and co-existing in service of, which Ultimately, by definition, is and can only be what in English we call the Spirit of God.

139. This is not a matter of personal belief or religion – it is matter of fact, definition, and the basic psychological unification that is a precursor the sanity, coherence, and positive emotion.

140. Whatever the current state of California and Federal Law or Governance happens to be, it is subordinate to and must be progressively conformed to, this Ultimate Standard of Perfection, and if and when there is a clash between the Spiritual Law and the Law of any human domain, it is the Law of the human domain that must change.

141. If there is a clash between The Ideal of God and the temporal state of any domain, and we do not conform that domain towards The Ideal, *we tear down The Ideal and wage war against God.*

142. The Founding Documents of these United States are relatively simple. They reflect the Founders Central Animating Spirit. The Founders asserted that this Spirit was One with the Spirit of God, and therefore Aimed at the Will and Intention of God, despite the imperfections of the American Experiment at any given point in Time and Space.

## Architect's Intent

143. One must excuse Us as a Citizen for citing some of the legal concepts We are most familiar with, to hold space for and illustrate those technicalities of modern law We are less familiar with.

144. When We are tasked with transforming a given domain FROM What It Is TO What It Is Intended To Be, as We have been tasked with doing over the last decades, every company and every worker on a worksite is united by a philosophical and legal concept called "Architect's Intent" or "Designer's Intent".

145. What this legal concept implies is that We are All here, on this worksite, to work together to *bring the Intention of the Architect into Reality.*

146. Each of us has unique skills, gifts, and talents, and We are expected to be creative, thoughtful, and consider the Intention We are trying to bring into Reality, and not merely blindly and unintelligently follow what is written in the plans and specifications.

147. In other words, we are bound by Spirit and Intention, not the letter of what is written.

148. This is powerful evidence that we human beings understand the concept of Guiding Intention, and have even learned how to apply it legally towards the co-creative work to transform our lives and our world.

## The Supreme Architect's Intent

149. Returning the axiomatic presuppositions were are outlining herein, we can extend this realization to the fact that We are all here aboard one Worksite Earth, in one Physical and Moral Universe, which is intelligible and has one unifying Logos, as One Family of God.

150. As such, we are All spiritually and legally accountable to the Supreme Architect's Intent. Regardless of what we find written in our current inadequate laws, all people of Goodwill understand the Spirit of the Higher Law, and understand our basic duty to progressively conform our Selves to it, Embody it, and Enact it.

151. Regardless of whether it is cited and acknowledged or not, every person, in every time and every place, is accountable to this Highest Universal Law, which is One with the Will and Intention of God, which is best related to as a Domain Independent Universal and Eternal Spirit and Ethos that We are each Responsible for Understanding, Embodying, and Enacting in each distinct Time, Space, and Domain We find Our Selves in.

152. This shared understanding among humanity has paved the Way not only to our national declarations of Rights and Responsibilities, but also towards the shared articulation of a Universal Declaration of Human Rights.

153. When we ask the fundamental Question of what the One Thing is that unites The Many, by definition it can only be One Thing, and by definition that One Thing can only be God, the Ultimate Reality, the Supreme Architect and Creator of the Universe.

154. And *by definition only God* can only be the Highest Authority and the Source of our self-evident Rights and Responsibilities.

155. This is Why we are and can only be One Nation Under God if we are to succeed, and avoid failure, in this Experiment in Self Governance.

156. This Understanding is what gives an individual impelled by this Spirit the shocking mandate to *break the rules of a Time and Place in order to do what is Universally and Eternally Wise, Right, and Good.*

157. They have not only the permission but also the Divine Mandate to occasionally break the Temporal and Spatial laws and norms of a Domain, because they understand The Total Nested Hierarchy of Laws, and the One Lawgiver Who Unifies and Coheres It and All things.

158. We submit that regardless of whether the written laws of any given domain acknowledge this Highest Universal Unwritten Law, the Citizens therein are accountable to it, for it is written on Our hearts, and its basic axiomatic presuppositions are known by All people of Goodwill.

159. And so as a human species, we are all United As One under the Supreme Architect's Intent for Worksite Earth, and united as One Family of God.

## The Founders's Intent

160. Just as on a worksite, such as Lake Gregory, Cactus Basins, or Earth, we are legally accountable to and unified by the Architect's Intent, not just philosophically, but actually and legally, so too are we accountable in many instances to the Founder's Intent. For instance a Trustee has the duty to ensure that a trust is administered in accordance with the Grantor's wishes, or Will and Intention.

161. Often, the Founder's Intent is reflected in a set of documents. In this case in particular, we are in federal court, and we are interpreting the Founding Documents of these United States, as well as the laws and rulings subsequently built up upon them.

*162. Therefore let us turn our attention very specifically towards the Will and Intention of the Founders of these United States.*

163. When interpreting a document, for instance the United States Constitution, or the Bible, it is crucial to understand that the specific Word Tools used by the Authors are built up into sentences and paragraphs and chapters and sections, which are intended to point towards and illuminate in the consciousness of the Reader some underlying aspect of the Physical and Moral Universe. The Word Tools arise and flow from (something like) the Central Animating Spirit or Consciousness of the Author(s).

164. So as we scrutinize the Defendants words, actions, and impelling spirit, or manifest pattern of thought, speech, and action in this particular case, we must evaluate them against the not only the strict *written words* of the United States Constitution, but against the Central Animating Spirit that wrote the United States Constitution through the Founders of these United States; just as we must Understand the Words of the Bible by the Light of the Central Animating Spirit that wrote it through its Authors.

165. At present, it is being argued in our society that the Founder's of the United States were in fact racist exploiters bent on cloaking their self-centered drive towards wealth and power in moral terms. The resentful and deceitful spirit of Cain will make this same argument about Us.

166. However We submit to this federal court, that although both We and the Founders of these United States are woefully inadequate and flawed in our present embodiment and understanding, We are indeed striving towards the Light, and endeavoring to progressively conform Our Selves to The Ideal.

167. Further, We submit that the Founding Documents of these United States clearly equate their Central Animating Spirit with the Spirit of God.

168. If this can be shown to be True, as We  intend to do in trial, it would mean that the Duty of these federal courts is to interpret not only the written letter of the Law, but to Discern the Will, Intention, and Wisdom of God, and to progressively help correct and conform the law and conduct of our Society towards the Will

and Intention of the Founders of this Nation, which they cited as flowing from the Will and Intention of the Supreme Architect of the Universe, or That Which We Call Creator / God.

169. In other words, to progressively conform the domain and functioning of these Unites States towards the Founder's Intent and Creator's Intent as we progress together towards The Goal.

170. Without such an Ultimate Standard, understood Spiritually, there can be no Justice, neither in Our Case nor in any other, because Justice is inherently a Spiritual matter, and must be discerned and related to as Such.

## The Lower Letter, and the Higher Spirit, of The Law and Constitution

171. We have been warned that over the last decades or centuries, our corrupted and failing government and the collusive powers that control it have built up numerous protections and technicalities in their body of written law that they use to endlessly conceal their parasitical possession of our Institutions under Darkness.

172. After contending with this spirit of evil, We have come to know it well.

173. If the Founders of these United States had to appeal to the Letter of the Law of England to justify them Selves, they could have never done it. Instead, they had to appeal to the Highest Will and Intentional of the Supreme Architect, Creator, and Sustainer of the Universe.

174. When all the written letters of the law failed them, they had to appeal to the Spirit of the Law.

175. As a Pro Se Plaintiff going to War against the largest County in the most powerful empire ever manifest on Earth, there is no chance that We could ever win based upon the letter of the law that "they" have endless banks of attorneys to misinterpret and deceitfully exploit.

176. However as a Pro Se Plaintiff going to War against the largest County in the most powerful empire ever manifest on Earth, there is no chance that We could ever lose based upon the simple Spirit of the Law, interpreted in a Spirit of Truth and Love.

    a. As evidence of this Self-Evident aspect of the intelligible Moral Universe, we can again cite the words of Jesus, *You have heard it said… 'You shall not murder, and anyone who murders will be*

*subject to judgment.' But I tell you that anyone who is angry with a brother or sister will be subject to judgement. Again, anyone who says to a brother or sister 'Raca' (an Aramaic expression of contempt) is answerable to the court. And anyone who says 'You fool!' will be in danger of (hellfire).*

    b.  And again, *You have heard that it was said, 'You shall not commit adultery.' But I tell you that anyone who looks at a woman lustfully has already committed adultery with her in his heart.*

177. The Spirit of the Law, flowing from the Spirit of God, is that which establishes and illuminates The Ideal that we must progressively conform our Selves towards.

178. We could say the same thing regarding the Founders Intent:

    a.  *You have heard that it was said, 'You shall not be corrupt, oppressive, and tyrannical.' But I tell you that anyone who subtly violates any Right of another Citizen is guilty of judgment. Again, anyone who exercises power over another against their will is answerable to the court. And anyone who consciously uses their position or power to harm another will be in danger of (hellfire).*

    b.  The Letter of the Law may be about the gross manifestations of severe tyranny, oppression, and exploitation, but the Spirit of the Law is about the subtleties and perfection of Love and mutual assistance as we progress as One Family of God, One Nation Under God, towards The Goal of God.

179. A Government with unlimited resources and means to delay, deceive, and obfuscate can easily bury a Citizen under the weight of its oppressive and deceitful tyranny. They may even be able to justify via arcane, limited, or technical exploitation of the letter of the Law how their actions were not technically illegal.

180. However Our Story has shocked the conscience of those who have heard it, and brought many to tears. Any person with half a moral conscience knows that what happened to Us is Evil and Wrong, and has no place in Our Society.

181. We have no earthly resources to hire any defense against the cruel and unusual punishment inflicted upon Us. We have no earthly resources to hire any offense against a corrupt bureaucracy with unlimited resources. But We have the Spirit of Truth and Love on Our side, which is One with the Spirit of God, and One with the Spirit that arises and objects to oppression and exploitation by the Parasitical Forces of Tyranny that presently possess Our Institutions.

182. And so we have Faith and Hope that Truth and Justice can and will prevail.

## Preemption and Legal Supremacy

183. Preemption refers to The Idea that in a Total Nested Hierarchy of Authority, a Higher Authority of Law will in-break and displace a Lower Authority of Law when the two Authorities come into conflict.

184. For instance, when state law and federal law come into conflict, the Higher federal law displaces, or preempts, the lower state law.

185. This doctrine in enshrined in the United States Constitution via the Supremacy Clause. Article VI, Paragraph 2 of the U.S. Constitution establishes that the federal constitution particularly, and federal law generally (made in *pursuance* thereof), take precedence over state laws and state constitutions.

186. We submit that the U.S. Constitution is the written reflection of the Central Animating Spirit of America, and that when state or local laws violate the Spirit of America, the Spirit of America displaces them.

187. We further submit that the Founder's Intent was not to assert the letter of the U.S. Constitution as Supreme, but to establish the Conditions under which the Spirit of America could manifest itself and *be pursued*.

188. Evidence for this can be found in the invocation of the Higher Power of the Creator, Nature, Nature's God, and Self-Evident Truth in the Founding Documents, the creation of mechanisms through which the United States and the Constitution could be transformed and improved over time, and the setting forth in Article VI of the expectation that in the future laws would be made *in pursuance of* the Aim of the U.S.

Constitution, and that such laws made *in pursuance of* the Aim of the U.S. Constitution would displace and preempt any conflicting local laws.

189. By definition, That Which Guides Subsequent Transformations Over Time in Pursuit of a Goal is (something like) a Central Animating Spirit.

190. It is the Central Animating Spirit, and not the temporal written law, that is Supreme.

191. As evidence of this Self-Evident Truth and Proper Order of Authority, when We morally awakened to the Understanding that the written words of the Constitution that enshrined Slavery and counted people who were not Free as 3/5ths of a person were fundamentally at odds with the Central Animating Spirit of America, the Central Animating Spirit impelled us to transform and conform the written words and Our Institutions closer towards The Ideal, *in pursuit of* The Ideal.

192. As another example, when We slowly morally awakened to the Understanding that the written words of the Constitution that prohibited women from voting were fundamentally at odds with the Central Animating Spirit of America, the Central Animating Spirit impelled us to transform and conform the written words and Our Institutions closer towards The Ideal, *in pursuit of* The Ideal.

193. The subsequent struggles towards the manifestation of True Civil Rights for All Citizens again awakened Us morally, and caused us to transform and conform the written words and Our Institutions closer towards The Ideal, *in pursuit of* The Ideal.

194. Similarly, when it has been found through court cases that an aspect of the presently manifested laws or customs of our land violate the Spirit of America and the Founder's Intent, the Supreme Court has struck down or demanded modifications be made to bring things back to within the Range of Tolerance.

195. This establishes the Self-Evident Truth that something like the Central Animating Spirit of America is Supreme over the written law of America, which is crucial to understand in an era in which our written laws have become woefully corrupted and in many cases diametrically opposed to the Spirit of America and the Founder's Intent.

196. The notion of Legal Supremacy demands an answer to The Fundamental Question that follows, which is something like "What Is Legally Ultimately Supreme?".

197. For thousands of years, as humans We have known that What Is Ultimately Supreme must be God, and the unwritten Universal Law of Nature and Nature's God.

   a.   We can see evidence of this in the Founding of the United States upon the invocation of the Self Evident Truths and Unalienable Rights of We The People before God.

   b.   We can see evidence of this in the separation of Church and State.

   c.   We can see evidence of this in the emergence of Sharia, or the notion that there is an immutable and Divine Law of God and "pathway to be followed", which all domains of earthly Authority are subject to and must conform themselves to.

   d.   We can see evidence of this in the emergence and progressive articulation of Jewish law, that stood above and instructed how all aspects of personal, social, economic, religious, and governance were to properly manifest, and in the roles of the prophets who would stand up to kings and when they deviated from the Way, with a superordinate Voice that put them back in their proper place in the Total Nested Hierarchy of Authority unified by God.

   e.   We can see evidence of this in the emergence of the Christian tradition, which taught us how to render to the corrupt temporal empire what belonged to the corrupt temporal empire, while progressively transforming Our Lives and Our World towards At-One-Ment with The Ideal and Seeking First the Kingdom of God.

   f.   We can even see evidence of this going all the way back to Egypt, where once a year the ruler was taken out of the palace and humiliated for all the ways in which he had failed to live up to the ideal enshrined in the head of the Babylonian pantheon.

198. For thousands of years, We have understood that no earthly power structure, and no one in a position of power, can be considered Absolute, or Our lives will devolve into Tyranny, and in fact it is the crucial role of Prophetic Voices outside of The Government to constantly Speak Truth, illuminate the failings of people and systems of power, and to ensure that they and Society as a Whole are progressively conforming them Selves towards the Highest Ideal and Goal.

199. We have also understood the severe danger of that Prophetic Voice and Higher Law becoming institutionalized dogma that is enforced from the top down, and the potential to endure even more suffering under tyrannical religious or ideological structures oppressing Truth and Justice in the name of God and Justice. How often We have seen Religious and Ideological Tyrants whipping and oppressing the people, and demanding they bow down to their interpretation of the Divine Law.

200. For all these Self-Evident reasons, We have discovered as a human species that neither the letter of the Government Law, or the letter of the Religious Law, or the institutionalized Tyrants who oppress We The People through the cudgel of Law, can be Supreme.

201. There is only One Thing that can be at the top of the Total Nested Hierarchy of Authority as Supreme, and that by definition is the Central Animating Spirit guiding the subsequent transformations of Our lives and Our world towards their Destiny and Goal.

202. The Founders of America knew that the Constitution was not Supreme, and no person of conscience and Goodwill would be so shallow and arrogant as to say the provincial constitution of their nation was Ultimately Supreme.

203. Likewise, no person of conscience and Goodwill would be so shallow and arrogant as to say that the Central Animating Spirit of their provincial nation was Ultimately Supreme.

204. And each of billions of us as human beings across the Earth agree with the Founders of the United States that *by definition and Self-Evidence* only God is Supreme, and that it is the Duty of us, as Citizens enjoying equal Rights and Responsibilities before Nature and Nature's God, to progressively transform our systems of Governance towards The Goal of God.

205. Therefore according to the doctrine of Preemption in the Total Nested Hierarchy of Authority, the Unwritten Law of God *is the Ultimate* Higher Authority that rightfully must in-break and displace all Lower Authority of Law, which is All Written Law, whenever the two Authorities come into conflict.

206. When state law and federal law come into conflict, the Higher federal law displaces, or preempts, the lower state law.

207. When federal law and the Law of God come into conflict, the Higher Law of God displaces, or preempts, the lower federal law.

208. At the same time, the foundational documents that are our Current Best Articulations of the Law, such as our most sacred texts and the United States Constitution, provide an appropriately heavy and immeasurably valuable ballast, enshrining Self-Evident and immutable Wisdom, Principles, and Values, and ensuring that the process of transforming our Lives and Society towards The Goal is not merely arbitrary or according to the whims of whoever happens to be in power, or the Zeitgeist of a given decade or generation.

209. Of all the nations on Earth, it remains Our hope that the United States, with its unique structure, unique mix of tribes and peoples, and unique position in the world, is capable of understanding and embodying Life under a properly ordered Total Nested Hierarchy of Authority.

## The Higher Standard That Applies to Those in Positions of Authority

210. Perhaps the last axiomatic presupposition that We should explore before delving into Our Story is that those in positions of greater power and Authority should always be held to a higher, and not a lower, Standard of Duty than those with lower power and Authority.

211.  Those in positions of leadership and authority must rightly be held to a Higher Standard.

212. As evidence of this Self-Evident aspect of the intelligible Moral Universe, the New Testament lays out requirements for spiritual elders that are far beyond the elementary standards, while exhorting people to carefully consider the weight of leadership before assuming it. For example, *let not many of you become teachers… knowing that those who teach will receive the stricter judgment.*

213. While We are all accountable for progressively conforming our Selves to the same Image, Standard, and Goal, there is a self-evident principle that we should only regard as leaders, and entrust Authority to, those with a Higher Degree of skill, faithfulness, and integrity in embodying and enacting The Ideal we all fall short of.

214. Such a self-evident principle does not require evidence, but for example Executive Order 12674 as modified by Executive Order 1231, as expanded in a January 29, 2016 memorandum from the Justice Department, reiterates that "participation of some Federal employees in a range of activities that have brought discredit on the government raises concern about the level of awareness on the part of Department employees regarding every employee's obligation to refrain from off-duty conduct that may negatively impact their ability to perform… or distract from the Department's mission" (of Justice). It goes on to explain the legal foundations for why *even off-duty* employees of the Department of Justice must "avoid any actions creating the appearance that they are violating the law or ethical standards…"

215. This standard of avoiding even "the appearance of" violating legal or ethical Standards, not only while on-duty and acting in official capacity, but also while off-duty engaged in personal capacity, is also biblically grounded and supported (*abstain from all appearance of evil).*

216. While Ideally this self-evident moral standard applies equally to Us All who are conforming Our Selves towards the Creator's Intent, it *especially* applies to those officially engaged in positions of leadership and authority in Society.

217. Other examples of this legal principle can be found for instance in government documents relating to the practice of medicine, law or other fields. For example:

　　a. *"This embodies the concept of fiduciary relationship; work performed that always and without exception favors the client and not the professional performing the work. The responsibility for maintaining these high professional standards rest exclusively with the party holding the position of trust, power, and authority… That is why every jurisdiction has legislation and regulations: to protect members of the public, the vulnerable party… Whereas the law cannot establish precise optimal performance, professionalism demands that… practitioners strive for and maintain excellence in their care and hold to higher standards than those of the general public…*

　　*…professionals have a Duty of care that extends to the patient, professional colleagues, and to society as a whole. Any individual professional who neither understands nor accepts this Duty is*

*at risk for acting malevolently and violating the fiduciary principle of honoring and protecting*

*(the patient)"  (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3342811/).*

218. This is crucial for example in Our Story, where any Standard The Government cites or holds us to in justifying its actions to Terminate Us For Cause, must be applied in *greater measure* to The Government and its employees, who have been entrusted by We The People to hold the relative position of trust, power, and authority in the relationship.

## **SECTION 5: THE STORY OUR STORY IS NESTED WITHIN**

219. Our Story is therefore nested within a Total Nested Hierarchy of Stories, each of which must be understood in order for Our Story to be understood.

220. The Deepest Story, in a thousand tribes and nations around the world, always begins with something like, "In the beginning, God / Creator…"

221. The Story then continues into the Spiritual war in heaven between the forces of Good and Evil.

222. The Story then descends to Earth into stories like those of Cain and Abel, that illustrate the way the spirit of Evil possesses and impels humans to destroy The Ideal they are measured against.

223. The Story then continues into the Judeo Christian tradition, into stories such as:

    i.   Abraham, who is impelled to leave the safety of his Known World to venture out towards Destiny;

    j.   Moses, who is impelled to lead God's people out of Tyranny, into The Wilderness, and towards the Land of Promise;

    k.   Jesus, who is impelled to speak Truth to the corrupted religious and political elite, and to suffer and die at their hands, thereby paving the Way towards Atonement and Redemption;

224. The Story then continues into the American Experiment, founded in the stream of the Judeo Christian Tradition, with the Founders citing the Creator / God as the foundation of the self-evident axiomatic presuppositions that justified their Self Liberation from Tyranny, and establishment of New Government.

225. The Story then continues into the Wild West, with the County of San Bernardino coming into existence as the largest County in the United States.

226. The Story then continues into the long history of abject corruption in the County of San Bernardino, and the collision of its corrupt bureaucracy with Us.

227. With that context and lens established, We descend into the incarnation of our particular story.

## SECTION 6: OUR STORY & FACTUAL ALLEGATIONS

### Identity and Citizenships

228. I, Jordan Nicholas Sukut, am first a son of God and a Citizen of the universal and eternal Kingdom of God, second a Citizen of Earth, third a Citizen of these United States, forth a Citizen of California, and fifth a Citizen of the local communities and municipalities We labored in service of during Our last two decades building infrastructure and superstructure for humanity.

229. Each of the constituent elements of this Total Nested Hierarchy of Citizenships carries with it a unique set of Rights and Responsibilities, the violation of which by the Defendants are the cause of this claim. This claim focuses primarily on the violation of Our Rights under the United States Constitution, which should be interpreted as a written Embodiment of the Central Animating Spirit of its Authors, who cited the Creator, or God, as the Source of the inalienable and self-evident Rights and Truths enshrined therein. It focuses secondarily on the violation of California State Law, which offers additional protections for Citizens as part of the Total Nested Hierarchy of Laws of this land.

### Opening Scene: History and Context

230. Some who might otherwise be sympathetic to our cause are likely irritated that it has taken us this long to get to the specific Story and factual allegations of this case, however the level of intolerable evil and

malevolence that Our Story exposes can only be properly perceived and understood within the broader context, theory, and Story of Good and Evil, Cain and Abel, Tyranny and Liberty.

231. In order to understand Evil and Injustice, one must have a coherent and encompassing Theory of Evil and Injustice.

232. In our specific case,

   a.   We have a match to Domain Independent Spiritual Patterning,

   b.   We have a clear motive that arises from that underlying Patterning,

   c.   We have explicit threats to act on the motive,

   d.   We have clear evidence of action on the motive from multiple witnesses and electronic evidence, and

   e.   We have an outcome, complete destruction consciously inflicted, that is only wrought by those truly willing to consciously create "hell" on earth for someone. We know from legal and spiritual Wisdom that if we don't understand the internally impelling motives of an actor, we should judge them by the fruit, or manifest outcome and results, they are creating.

233. Let's begin our Journey through the specifics of Our Story.

234. Within The Story of the Creator and All Creation, within The Story of the Judeo Christian tradition, within The Story of America, and within The Story of the turn of the millennium, it came about that in 1984 I found myself Thrown into the small idyllic beach community of San Clemente, California, into a family of entrepreneurial builders.

235. My grandfather on my mother's side was an entrepreneur and builder, and proprietor of The Galley restaurant at the end of the San Clemente Pier, before it was destroyed in the storm. Gable Street in San Clemente still stands as a forgotten signpost of my mother's childhood home.

236. My grandfather on the father's side was an entrepreneur and builder, and proprietor of what would become the largest earthmoving contractor on the West Coast, Sukut Construction.

237. My father was an entrepreneur and builder, and one of the youngest in California to obtain a contractor's license at the time of its award. As he built people's houses he was dismayed by their lives descending into

the chaos of addiction, conflict, divorce, and dysfunction, and he was impelled to forgo the material abundance provided by life as a builder in order to build people's lives, and therefore founded a small non-denominational church in San Clemente.

238. Thus my early consciousness came into existence in a life of abundance, before learning the very tangible lessons of what it meant for a family to sacrifice in service of God and Society at the expense of their own material wellbeing.

239. From as early as I can remember, vividly by the time I was 10 or 12, I was aware that in my lifetime there would be an epic battle for the future of Life and Society as we know it, and in response I responded by training as hard as I could, and taking on as much responsibility as anyone would entrust me with.

240. Numerous strange and prophetic events that would shock those not initiated into the spiritual realm marked my path into early adulthood, graciously reminding me and providing non-coincidental external validations, at just the right time, of the Spirit and Mission impelling me onward towards The Goal.

241. I will provide a bit of backdrop regarding my resume, so that Judge and Jury may investigate and explore my background and track record if they so desire, as much of this case will be decided based upon the analysis of my Character, Nature, and Spirit vs. that of the Character, Nature, and Spirit of the the Government forces which beset me. When I state that we, like all humans, make mistakes, and were doing our best in service of God and Society, and the Defendants seek to deceitfully tear down our character and performance, and it one set of speech and evidence against another, Judge and Jury will have to decide which is more likely to be True.

242. **Academically**, I was a straight A student (with a couple unearned B's thrown in to teach me lessons), that developed positive relationships with numerous instructors over numerous years through the institutions of Saddleback Valley Christian School, Capistrano Valley Christian School, Pepperdine University (undergraduate), and UCLA (masters). If it would be useful to the Court, I could provide testimony from multiple instructors about the experiences with me that led to lasting relationships with those who taught me. This led to the privilege of special instruction from great teachers who often helped me stretch my mind beyond the basic course materials and concepts.

243. **Linguistically**, my honors English teacher was kind enough to encourage me through my boredom with the curriculum by letting me engage in independent study exploring and writing about more advanced books and topics, while I sat alone and worked in the hallway outside the class.

244. **Mathematically**, I was blessed to receive special tutoring from teachers who enjoyed working with me outside of school hours, leading to earning the highest score on the AP Calculus exam, before advancing into university level calculus and then into mathematics of quantifying the work involved in the transformation of worksites, and the estimating calculations of the complex contributions to multi-year projects and complex changes. This taught me to match mathematics to the "real world" and triangulate towards Truth in opaque circumstances.

245. **Logically**, I became an expert in the logic and strategy of complex programs of action, for example co-creating and defending critical path schedules thousands of activities in length with tens of thousands of complex relationships in front of world class experts flown in from around the country to evaluate hundreds of millions of dollars in impacts.

246. **Spiritually**, I became a deeply spiritual person that developed positive relationship with numerous institutions and spiritual leaders and was invited to lead worship in multiple venues, and was sought out throughout my life for spiritual guidance. I endeavor to exist deeply and solely from the spiritual realm.

247. **Physically**, I was a deeply impelled youth who sacrificed much play in order to work hard at the development of practical skills that resulted in relative success in sports before genetic back issues sidelined me. I subsequently had an ex Army Ranger take me under his wing and train me back to health via 4 and 5 AM sessions before high school, leading to my ability to begin my martial arts journey.

248. **Martially**, I began Jiu Jitsu in my early 20s and had the honor of training with the founder of Gracie Barra North America and his associates, advanced into Inyo Ryu Kenpo Karate under a very unique archetypical instructor, and ultimately was engaged in the discernment and co-creation of The Way, leading to 3 black belt degrees and ultimately being named Successor to a marital arts lineage in my mid 30s.

249. In **healing**, I experienced a multi-year learning and healing journey with a gifted Eastern healer, undergoing the visceral pain of learning to heal energetically in parallel with my martial arts teacher

instructing me in the use of energy to destroy. This was accompanied by developing relationships with Western doctors, and discerning the outlines of program of integrated wellbeing and healing blending the best aspects and Wisdom of East and West. This helped me understand the unity of the underlying energetic nature of the universe, and the use of that energy to create or destroy.

250. **Economically**, I hustled via lemonade stands and lawn mowing until I obtained my work and motorcycle permits the week I was legally able to do so in order to transport myself to the service jobs I sought out at 15 years old, working mornings in the bagel shop, and evenings in the ice cream shop, before realizing that I could earn 7 to 10 times as much through the entrepreneurial activities I began in high school. As an example, those entrepreneurial activities came in the form of tutoring other students and teaching music lessons paid for by parents who felt I was a positive inspiration to their children. Professionally, I then took at 90% pay cut in order to start getting "real" experience on my resume interning at a heavy civil construction company every holiday week or summer I could as I approached college. That led to leaving university early and finishing at night as I learned to run projects, larger projects, portfolios of projects, joint ventures, companies, etc., before building a platform that won over $130 Million of work in its first several years in business.

251. **Adventurously**, I ventured across dozens of states and nations, seeing the world, engaging in Divinely Orchestrated experiences, and hearing from the hearts and minds of the inconceivably diverse array of beings I had the honor of exchanging Wisdom, Knowledge, and Light with.

252. **Relationally**, God brought my wife to me when she was 13 and I was 14, I told her mother I would marry her when I was 15, and then I did, and we are now still married at 38 with a beautiful 14 year old daughter, with decades-long relationships with my second family that have survived the fire and tests of time and the confusion of watching my Old Life destroyed by corruption.

253. **Socially**, I built strong long term relationships with influential and every day people across a variety of domains, from the young people I provided internships and first jobs to, to the hard working laborers, operators, and mechanics that made the gears of our systems and machines turn, to the white collar executives, bankers, brokers, insurers, governments, and local and national companies we worked for, to

the representatives of trade unions, archeologists, paleontologists, environmentalists, quality control personnel, and industrial engineers who monitored and evaluated our work. I further built connections with levels of society from indigenous tribes struggling against the systems oppressing them, to sharing conversations and rooms in America, the Middle East, and Africa with those influencing the highest levels of society.

254. With **peers**, I was welcomed into a variety of intimate domains with high performing Citizens, for example with groups such as Barnabas Group, Vistage, One Degree Network, Future Capital, Open Future Coalition, Global Unity, Live Well From Within, and others, often developing close collaborative and advisory relationships with founders and principal participants.

255. With the **network**, by my mid 30s the entire Force For Good and everyone required to transform the world existed within One or Two Degrees of my personal network, I was the sole owner and financial interest in a company capable of winning over $130 Million of work in its first several years in business, and my body of work had already received awards from each of the largest County in the United States, and both the State Senate and State Assembly of the largest economy in the United States, and 5th largest in the world.

256. Along the Way, I also grappled with every trap and temptation common to man, making mistakes, disappointing or hurting people, doing my best to repent, atone, and not to repeat the same mistakes, and trying to get a little better every day. My beautiful wife, among her amazing qualities, is somewhat like living with a heightened and embodied voice of conscience, and anytime from 14 until today that I was not manifesting a proper Way of Being in the world at the edge of my potential and according to the Highest Spiritual Standard, I was consciously aware of it and neither my conscience or hers could rest until the present faults, or appearance of faults, were cured.

257. While I respect that the Court and the Public may find these results, and the brutal underlying sacrifices required to achieve them, inadequate for a general Citizen of these United States in their mid 30s, those who know me will attest that their accomplishment took all of me, every day, for decades, and that while 99% of the world was asleep, I was steadily awake and striving towards The Goal. My degrees, belt belts, marriage, child, and companies were all conceived and nurtured simultaneously through consciously

prioritized work during the day, nights, and weekends, when I was most healthy and balanced taking a Sabbath day a week to rest, connect and recharge.

## Scene 2: RockForce Construction

258. During all relevant times of the course of events this lawsuit pertains to, I was the creator and owner of RockForce Construction ("RockForce"), a rising mission-and-values-driven heavy civil infrastructure company. As such, I held ultimate responsibility for its strategic direction.

259. Those who encountered RockForce Construction encountered something unusual, and it is the subject of unusual stories that would be hard for the public to believe were True, many of which for legal and ethical reasons can never be told. However We experienced them.

260. As I may have mentioned earlier, I founded RockForce Construction as a bridge towards a more Loving, Just, and Good manifestation of what it meant to bring together people of Goodwill to build Infrastructure in service of God and Society. RockForce – built on the Rock, as a Force for Good. While as Our first major entrepreneurial venture it fell short of the Ideal We were Aiming for in many ways, the Vision and Mission attracted top talent in the industry, and it was likely one of most rapidly growing self-funded private enterprises in America, winning over $130 Million of work in its first several years in business, creating hundreds of jobs, and encouraging and transforming lives. Many have told Us that they had unique experiences with RockForce that transformed their lives and trajectories for the Good. Had We applied for awards and lists, it would have easily qualified as a leader among American entrepreneurial endeavors while co-operating in one of the toughest domains of real world execution: Heavy Civil Infrastructure Construction in Southern California.

261. Its performance and capability, as a reflection of Us, will be roundly criticized and torn to shreds by the deceitful Government Agents We are exposing, and the spirit of Cain generally, however the spirit that would seek to destroy me again may have a challenging time explaining to Judge, Jury, and Public why, if We were such an inadequate and low-performing operation deserving of Termination, We earned separate

formal recognition for each of the County Board of Supervisors, California State Senate, and California State Legislature, with a similar team, on a similar County project.

262. Smart arbiters of Justice will understand that something doesn't add up in the accusations of those accusing Us, which may be why it will be found that they are individually and collectively violating the Civil Rights We share with all Americans, and the Universal Rights We share with all Citizens of Earth, and why such accusations likely amount to falsification of evidence, slander, and defamation.

263. It was through Our co-creation of RockForce Construction that We came into formal, structural, and personal relationships with the County of San Bernardino and its Agents, and the spirit of deceit, corruption, and injustice parasitically possessing them.

## Scene 3: Lake Gregory - RockForce and Jordan Enter Into Relationship with the County

264. In my capacity as Founder of RockForce Construction, I came into relationship with the County of San Bernardino and its key executives during our successful completion the Lake Gregory Dam project. During the course of this project, We became aware of serious issues at the State and County levels that the County had failed to adequately address during the planning and pre-construction process, and which were potentially very inconvenient to the community of Crestline, and potentially very expensive and embarrassing to the County, the State, and its executives and Supervisors during an election season.

265. Consequently, the County took the extraordinary measure of personally assigning its Chief Operating Officer at the time, Leonard Hernandez, now County Chief Executive Officer, to attend the weekly project meetings and take personal responsibility for the successful resolution of the issues.

266. During this course of events Leonard reached out to me personally in my capacity as owner of RockForce, and requested that given the importance and potential ramifications of the issues on the project, and the deep issues permeating the Public Works and District Bureaucracies, I personally and directly work with him on the resolution of these issues. He advised me that there would be sweeping upcoming changes to the Public Works and Special Districts Departments, and suggested that I not pay too much attention to what

the problematic bureaucracy was saying, and work together with him towards the ultimate resolution. In my experience with dozens of heavy civil projects, it was extremely unusual for the most powerful figure in the largest County in the largest Nation on Earth to get so deeply and personally involved in a project like Lake Gregory, and to further ask to personally work with the owner of a company on the resolution of issues because of the inadequacies of his own County Bureaucracy.

267. The successful outcome, and evidence of our general competence and capacity, may be demonstrated to judge and jury through the successful completion of the Lake Gregory project, the public goodwill generated as a result, the reelection of the Supervisor, the promotion of Leonard Hernandez to CEO, and the extraordinary fact that *formal recognition* was issued to RockForce by *each of* 1) the County Board of Supervisors, 2) the California State Assembly, and 3) the California State Senate, a highly unusual set of circumstances that generally arises only in cases of extraordinary public service.

268. We stood together on top of the successful dam and celebrated with the Community, and numerous Citizens and local and state leaders came forward to thank us for our extraordinary service.

269. Several years into the existence of RockForce, we were just putting the finishing touches on the systems, processes, and platform for the company, and preparing to scale up.

270. As you will come to see, the Lake Gregory Dam and Cactus Basins projects were more than mere civic endeavors; they served as a battle ground upon which two archetypical Domain Independent Spiritual Patterns would confront one another. The entry of RockForce into the community of Crestline, and into relationship with the Corrupt Bureaucracy and Politics of the County of San Bernardino, brought forth the archetypical one-way clash of Cain with Able that inevitably ends with the resentful assassination of Able. As we know from The Story, upon its inadequacies being revealed and suffering the consequences, the spirit of bitterness, resentfulness, deceit, and vengefulness rises up and possesses those whose sacrifices were rejected, impelling them to consciously seek out and destroy one who has been recognized and rewarded by God and Society.

271. Here specifically, in the course of exercising Our constitutional Right and Responsibilities to pursue Happiness and Prosperity in service of Society, and upon being awarded the Lake Gregory project,

RockForce and I exercised our Constitutional Right and Responsibility to Speak Truthfully to the serious issues threatening the County project.

272. This Constitutionally Protected Truthful Speech brought scrutiny upon corrupt and incompetent elements of the Public Works, Flood Control, and Special Districts departments, resulting in unwanted attention from the highest levels of the County Board of Supervisors and County Executives. This appropriate exercise of our Constitutional Rights and Responsibilities resulted in the loss of the cover of Darkness corrupt and incompetent County Agents and Employees had been hiding and operating under, leading to numerous departmental and staffing changes, and planting the Seed of Potential Retaliation in the Bureaucracy, which would be watered and cultivated by Defendants until it grew into the ugly manifestation and tens or hundreds of millions of dollars of damages this lawsuit describes.

273. What followed was an illegal campaign of fraud, intimidation, threats, slander, and obstruction that manifest fully on the Cactus Basins project, which slowly, cut by cut and blow by blow brought RockForce and my reputation, Body of Work, and opportunity in the Industry and Community closer and closer to death.

## Scene 4: Darkness Plots its Revenge

274. What WeW failed to realize at the time was that by shining in Light and exposing the issues within the Public Works Department, and then subsequently agreeing to collaborate "over their heads" directly with the County Executives, at the request of County executives, We created an enemy in the corrupt County and Public Works Bureaucracy, who then subsequently, consciously, and vengefully set about Our destruction. This conspiracy would eventually be uncovered when, emboldened by the recent success, We took on the next project for the County of San Bernardino – the fateful Cactus Basins project.

275. When Defendants and other government officials realized that the issues, challenges, and changes were resolving favorably for Us, that Light had penetrated the corruption and dysfunction of their Domain, and that the Light was resulting in unwanted attention, staffing changes, and affecting the employment of their

cronies, Defendants targeted Us with an unlawful campaign of harassment, intimidation, obstruction, and retaliation for the exercise of Our Constitutional Rights and our basic Right and Responsibility to appropriately articulate, expose and resolve the issues inherent in the project. The specific constitutional rights violated, and the claims that result from such violations, will be enumerated in subsequent sections of this complaint.

276. In Our Story, this act of going "over the heads" of multiple incompetent and / or corrupt levels of public Bureaucracy, initiated by the now CEO of the County, proved to be a principal irritant for County bureaucrats on multiple occasions, and an additional motive for their bitter conspiracy of retaliation and revenge. It also explains the mystery of how it could possibly be that so many levels of a giant public Bureaucracy, at both County and State levels, would come to even know who Jordan and RockForce were, let alone consciously spend the time and energy required to "make our lives hell".

## SCENE 5: NAIVELY STEPPING INTO THE TRAP

277. The success on Lake Gregory encouraged Us to subsequently bid on and win a second water retention project for the County, called Cactus Basins. Confident in Our relationships with County executives, and with a demonstrated history of being able to solve difficult challenges in partnership with the County for the Public Good, and unaware that corrupt, bitter, and resentful elements of the County were plotting Our downfall, We determined in good faith and high hopes that Our young emerging company could take on the next project in service of the residents of the County of San Bernardino.

278. The Cactus Basins project got underway as the Lake Gregory project wrapped up, with only subtle signs of trouble at first. We began excavating and processing material for the dam, and since We were not actually placing embankment material, there was limited damage that County agents could do.

279. The trap began to close when We moved the management and crew from Lake Gregory down to Cactus to complete preparations and begin placing of the embankment.

280. What transpired next, We hope, will shock the public conscience and lead to a strict mandate to vanquish corruption and injustice from within the County. As soon as WeW moved the project manager and crew from the Lake Gregory project down to the subsequent project at Cactus Basins, the 'green shoots' of the bitterness, resentment, hostility, animus, and conspiracy burst into view from the seed of bitterness they had been cultivating. County employees began an overt and illegal campaign of threats, intimidation, harassment, obstruction of work, solicitation of bribes, and retaliation, making it clear that their aim was to ensure that We would not, as a company or professionally, make it off of Cactus Basins alive.

281. The strict specifications and quality requirements of the contract, common to dams, meant that County agents, via the Quality Control requirements, now had direct control of Our ability, hour by hour, minute by minute, to progress from one lift of embankment material to the next. Suddenly, We found ourselves trapped on a large project for a small company, with bonds personally guaranteeing Our performance, and agents of the County threatening Our employees, obstructing Our work, openly expressing their desire to ensure We never worked in the industry again, slandering and defaming Us, and secretly plotting to make Our lives hell as they slowly and deliberately sought to destroy Us.

282. At this point in the complaint, as We turn towards the recitation of the factual allegations that marked Our tragic relationship with the County and its Agents and Employees, We will note that if there is a shift of language, it is because We spent hundreds of thousands of dollars with attorneys such as Christopher Morrow, Stephen Larson, and Bill Larson, who have previously tangled extensively with these issues, and who helped articulate the basic outline of this case.

283. As discussed above, they are not taking the lead on the case, and I am representing myself, because after one is beset by asymmetrical powers bent on their destruction, one lacks the earthy resources to pay for the world class legal counsel required in defense. However fortunately together, before this filing, We used some of our remaining funds to piece together what ought to be an unassailable case, because it is self-evidently True.

## FROM THE CLAIM PREPARED IN CONCERT WITH LARSON, LLP, STMD LAW LLP, AND WILLIAM LARSON

284. "Dear Leonard and Luther, RockForce Construction ("RockForce") and its Founder and Chief Executive Officer, Jordan Sukut, submit this notice of claims pursuant to Government Code section 810 *et seq.* against the County of San Bernardino ("County"), San Bernardino County Flood Control District ("District"), and various County and District employees. RockForce and Mr. Sukut hereby submit notice regarding their claims based on what they believe are the County's and District's ongoing course of corrupt, retaliatory, fraudulent, and otherwise unlawful conduct by and through their current and former employees—a course of conduct that has been previously documented in numerous communications and in-person meetings with the County and District, including in connection with a series of Change Order Requests 1-5."

285. RockForce's and Mr. Sukut's claims are based on the County's and District's ongoing course of unlawful conduct in connection with the Cactus Basins 4 and 5 Project (the "Project").

286. On February 6, 2019, the Board of Supervisors approved the County's contract with RockForce for the Cactus Basins 4 and 5 Project—namely, to construct the overall flood control facility to protect the surrounding neighborhoods from flooding. As you know, the Project included construction of (1) a storm water inlet facility consisting of a 10' X 14' reinforced box culvert, 20 foot tall channel walls and 11,000 CY of concreted 1-ton rip rap which allowed water to enter the site; (2) a 60 foot tall dam, a reinforced concrete low-level outlet for the dam, and a reinforced concrete spillway; and (3) the installation of 3,500 lineal feet of 36" HDPE pipe and nearly 2 miles of reinforced u-ditch.

287. In connection with this Project, as set forth below, RockForce and Mr. Sukut allege that the County and the District, by and through their current and former employees, have waged an unlawful campaign of retaliation, harassment, and intimidation against RockForce and Mr. Sukut. As Lead Inspector Ryan Brown admitted to County Human Resources after he was fired for soliciting bribes from RockForce, he intentionally made "[RockForce's] lives hell." He succeeded.

288. The unlawful course of conduct RockForce and Mr. Sukut allege has been manifested by:

    l.   Open expression of animus and hostility towards RockForce and Mr. Sukut;

    m.  Harassment and intimidation of RockForce and its employees;

    n.   Threats of physical and economic harm towards RockForce and its employees and Mr. Sukut;

    o.   Disparaging and defamatory statements about RockForce and its employees;

    p.   Malicious interference in RockForce's relationships with its employees and vendors;

    q.   Discriminatory treatment of RockForce and Mr. Sukut;

    r.   Willful obstruction of the Work;

    s.   Apparent falsification of inspection and testing results;

    t.   Solicitation of bribes and attempted extortion

    u.   Retaliation targeting RockForce and Mr. Sukut's exercise of free speech in repeatedly bringing the unlawful conduct to the attention of County executive management – including through the relentless imposition of onerous and arbitrary requirements outside contract terms explicitly intended to inflict suffering.

289. As a result of what RockForce and Mr. Sukut allege to be a protracted unlawful campaign, RockForce and Mr. Sukut have suffered tens of millions of dollars in damages, the true extent of which are incalculable and irreparable. RockForce and Mr. Sukut submit this claim to vindicate their rights.

290. As noted above, this claim relates to a course of conduct that has been previously documented in numerous communications and in-person meetings with the County and District, including in connection with a series of Change Order Requests 1-5. RockForce and Mr. Sukut fully preserve all rights and arguments regarding any applicable statute of limitations, laches, and other possible time-bars and defenses, including the limitations periods in the Contract, Public Contract Code, or the Government Claims Act, and compliance with the same.

291. Further, this memorandum does not exhaustively describe all the facts and legal arguments underlying RockForce's and Mr. Sukut's claims, or all the many communications with the County and the District regarding the same, and the omission of any facts or legal arguments does not constitute a waiver of any

kind. RockForce and Mr. Sukut reserve the right to amend or supplement the contents of this memorandum, and this memorandum is not to be construed as a limitation with respect to any future proceedings.

# RockForce Construction Revisited

292. RockForce is a ground-down infrastructure company focused on values-driven strategic innovation. Founded in 2014 by industry veterans with deep roots in heavy civil construction, and experience tackling complex projects, RockForce is dedicated to bringing excellence and integrity to earthwork and heavy civil infrastructure construction. It is known in the industry for forging collaborative partnerships; devising creative solutions to difficult problems; running efficient, effective, profitable projects; and meeting the highest ethical and quality standards.

293. Between 2014 and 2019, RockForce proved their capability in the industry, building a strong and talented team of leading industry professions who bid on 136 projects totaling $676M in value. RockForce was awarded 42 of these projects, valued at over $130M in aggregate.

294. RockForce's success extended into its relationship with the County of San Bernardino, with which it successfully completed the highly complex and challenging Lake Gregory project. During the Lake Gregory project, RockForce developed a productive working relationship with County executives as the teams worked together to confront and overcome a variety of project challenges, and as the County worked to facilitate changes within the Public Works department. Because of RockForce's good work, RockForce received due recognition from the County, State Senate, and State Legislature.

295. It retaliation, bitter County agents resentful of the light being shone into their Dark bureaucracy began plotting and working towards the downfall of RockForce, certain key employees, and Mr. Sukut.

# Alleged Unlawful Conduct by the County, the District, and their Employees

296. The following timeline highlights core aspects of the alleged unlawful course of conduct of the County, District, and their current and former employees in connection with the Project. It is not an exhaustive account of all the facts giving rise to RockForce's and Mr. Sukut's claims, but rather provides a limited and illustrative sample of the conduct that give rise to their causes of action.

297. Crucially, Mr. Sukut, RockForce, and Employees suffered through the conscious attempt to "make their lives hell." This resulted in the constant and ongoing emotional and economic distress of trying to survive and perform in toxic environment specifically engineered to harm them. Thus each hour and minute was an individual violation of Mr. Sukut's and RockForce's Constitutional Rights, including to Pursue Life and Happiness in an environment free from tyrannical government oppression.

cc. **2/6/19: Award of Cactus Basins Project**

    i. Board of Supervisors approves the County's contract with RockForce.

dd. **6/25/2019 – 11/20/20: Early Signs of Misconduct**

    i. Excessive testing, stop work directives, and early signs of misconduct by County staff.

ee. **1/23/2020: Sensing something is wrong, RockForce approaches County Executives**

    i. After deep internal deliberation, RockForce executives consult with Mr. Sukut, and decide that matters are serious enough to take the risk of raising the issues to County Executives.

    ii. RockForce meets with County executives to address project issues and County employees' misconduct.

    iii. Because of Mr. Sukut's and RockForce's previous relationship with County executives, Luther Snoke and Leonard Hernandez are directly aware of the situation.

ff. **January 2020: County Fails to Address the Issues**

    i. County fails to address the issues. Following the meeting, Inspector Ryan Brown remains the project's lead inspector, and openly discusses the meeting with RockForce employees while continuing to operate with impunity.

gg. **January 2020: Escalation of misconduct, and retaliation**

i.   After the meeting, RockForce is shocked and dismayed as the County staff escalate their pattern of conduct—including the excessive testing and apparently arbitrary falsification of test results.

ii.   Brown and Resident Engineer Larry White advise RockForce that they are angry that RockForce elevated its complaints to County executive management—openly complaining that RockForce went "3 levels above Larry [White]" to address the project level concerns. This creates fear regarding potential retaliation, and reluctance to further exercise constitutional rights.

iii.   In retaliation, Brown threatens to rescind approval for RockForce to sell excess sand and gravel to a local quarry.

iv.   In retaliation, other County project staff suggest that they will renege on previous agreements reached with RockForce to inflict further financial harm.

v.   Starting in January 2020, in violation of previous procedures, protocols on Lake Gregory, and industry norms, the County project team conspires to further damage RockForce by issuing directives that RockForce must halt work during each of their excessive tests.

1.   Each test takes 45 minutes to 1 hour to complete, not including standby time waiting for the tests to occur and to get the results, or wind down time from full production, or ramp up time back to full production—thus maximizing disruption and loss to the company.

hh.  **Late January / Early February 2020: Spiraling Damages, Losses, Confusion and Distress**

i.   By late January / early February 2020, the County's retaliation against RockForce and intentional obstruction is causing spiraling losses. RockForce, having already elevated the issues to the top of the County, who have not remedied them, is in a stranglehold. RockForce staff, having never endured a campaign to consciously obstruct work and falsify scientific testing results on a project, are bewildered by the high volume of failing test results, County directives, and appalling lack of progress, still unaware the County's

1    illegal actions are extending into the arbitrary and intentional falsification of scientific

2    test results to cause harm.

3       ii.   Mr. Sukut gets increasingly personally involved, as the RockForce staff becomes

4    increasingly confused and distressed.

5    ii.   **2/7/2020: The Conspiracy Partially Reveals Itself, Brown Solicits Bribes in Exchange for**

6    **Passing Tests and Attempts to Extort Mr. Sukut**

7       i.   Unbelievably, despite RockForce already approaching County executives about

8    misbehavior of County staff on the project, Inspector Ryan Brown continues to operate

9    with impunity, and approaches RockForce General Superintendent, Dennis Wood, and

10   asks what he thinks is the cause of the slow progress, and what could "change his luck"

11   on the project.

12      ii.   Wood naively provides statements about the good faith efforts RockForce is undertaking

13   to improve things, focusing on training, changes the mix of equipment on the site,

14   mobilizing additional equipment etc.

15      iii.   Brown candidly informs Wood that none of those things are the issue, and that "we" (the

16   County's agents) are the source of the failing results and slow progress."

17      iv.   Brown let's Wood know that because they are reason for the failing test results and slow

18   progress, "[t]he County project staff could change his luck."

19      v.   Brown goes on to state that if RockForce would like its "luck" to change, "ask Jordan

20   [Sukut] what it's worth to him and I guarantee you that your tests will start passing."

21   jj.   **2/7/2020: Brown Reiterates His Attempted Extortion to Another Employee Via Text**

22      i.   Brown also separately sends a separate text message to another RockForce employee,

23   Assistant Superintendent, Daniel Jones, soliciting bribes.

24   kk.   **February 2020: Brown Again Reiterates His Attempted Extortion**

25

26

i.   On another occasion, Brown tells Jones that "a lunch goes a long way" – a known industry euphemism for soliciting bribes, here easily interpreted in the context of previous overt extortion attempts.

## **Naïveté Shattered, Corruption Revealed**

ll.  My personal ignorance and naivete about the forces of evil and injustice we were up against were shattered when I visited the project to personally investigate why unit cost were suddenly skyrocketing, and tens of thousands of dollars of losses were rapidly piling up, indicating the potential for millions of dollars of losses ahead. I remember driving out to San Bernardino, saddened as I always was by the Citizens suffering in the streets. After touring the job, I drove up the superintendent, who had a worried face. He cautiously stated that there was something disturbing that he had to share with me, and he pulled me off to the side.

mm.      He proceeded to tell me that the County Inspector had recently approached him and asked why he thought things were going so poorly for us, and why we were struggling so much.

nn.  He related how, still unaware of the fact that County agents were consciously and deceitfully conspiring to obstruct the work, lying about tests, and falsifying what is supposed to be scientific evidence, he had explained to the Inspector that we were working hard on training the crew and exploring alternative placement methods to remedy the slow progress and get back on schedule and on budget.

oo.  Then, evil and conspiracy revealed themselves. He explained to me how the inspector casually contradicted our superintendent's explanations of our inadequacies and need to improve as the reason for our struggle, and informed our Superintendent forthrightly that they, they County agents, were the cause of the failures, and that "if we wanted our luck to change", the supervisor should "call Jordan and ask what it is worth to him."

pp. Finding myself standing on a worksite, with County agents obstructing our work, consciously stating they were doing so, and demanding bribes if we wanted out of the stranglehold, was an amazing experience for a young man raised to believe in the goodness of our nation and its Government, as One Nation Under God.

## **The Chilling Fear of Ongoing Retaliation**

qq. I recall then meeting with my managers and executives on the project to discuss, and hearing for the first time additional stories about the threats and issues they had been enduring and trying to weather at the hands of County agents. There was visceral fear in their eyes. Understanding that we were already being retaliated against for the exercise of our constitutional rights, and that the revelation of further misbehavior by the County and District was likely to significantly increase the retaliation and misery on the jobsite, they advised me to wait and be quiet and let them try to work through it. They were concerned that their reputations and livelihoods were at stake, that the company was now financially bleeding from the wounds inflicted upon it by County agents, and that if we further aroused the ire of the corrupt Government agents that had us in a stranglehold, it could make it impossible to progress on the project. I cited our Rights and Responsibilities as Children of God, as a Force For Good, and as basic moral agents in the world to immediately and forthrightly expose the obstruction, oppression, and corruption, come what may.

rr. Little did I realize that day, owing to my naïve belief in the goodness of the highest County executives, who had invoked God in my presence, acknowledged the problems and corruption of the County, and vowed that they were working to clean it up, that over the next months hundreds of us would lose our livelihoods, dozens of companies would be damaged, that my family would be brought to the edge of psychological collapse, and that we would lose our home, our company, our reputation, and the economic machine we had forged a lifetime of sacrifice.

ss.  Had I known that the life and world we thought we were living in would be radically and totally shattered as a consequence of exercising our Rights and Responsibilities as Citizens of these United States and the Kingdom of God to speak Truth to corrupt power structures, shine Light into the Darkness, and confront corruption and injustice, I may have been afraid as well. However We The People understand that the beginning of Wisdom is understanding What To Be Afraid Of. As terrifying as it is to ponder the absolute destruction of your life at the hands of cruel, corrupt, and tyrannical structures of power, we should *far more afraid* of the consequences of attempting to hide or seek safety as the corrupted Giants grow ever larger.

tt.  I later was disappointed to realize how many other people were aware of how corrupt the County was, and yet did nothing to transform it. Having had our life destroyed by the darkness, I can see why, however it is the blood, sweat, and tears of courageous Citizens willing to risk their lives and livelihoods that founded this great nation, and it is the sacrificial price that must be paid from time to time to renew the tree of Liberty that is so often beset by those who would tear it down to secure their own illegitimate positions and power.

## Slow and Torturous Retaliation and Death

uu.  What followed over the next year and a half or so was additional retaliation, animus, hostility, obstruction, falsification, and the slow and tortuous death of the legal person of RockForce and my Body of Work in the industry at the hands of corrupt County agents.

vv.  In a strange and ironic twist, it would ultimately be Leonard Hernandez himself, now the County Chief Executive Officer, who would make the personal decision to destroy our lives and livelihoods in the most devastating possible manner after I clearly explained to him how to do so and ensured he understood the consequences of the decision, eventually completing the explicitly stated conspiracy of corrupt County agents to vengefully ensure we never worked in the industry again. But we are skipping ahead in Our Story. Let's return to the unfolding events.

**ww. February 2020: County Staff Continue Their Conspiracy**

    i.   In February 2020, during the period of time in which County Agents overtly stated that they are falsifying the test results and obstructing the work, RockForce has a purported test failure rate of 26.27%. Outside of this period, RockForce had an average test failure rate of 4.52%.

    ii.   Because the County was concealing and falsifying information and evidence, this would only come to light through later analysis.

**xx.  February 2020: Apparent False Test Failures and Lack of Test Data Transparency Become Apparent**

    i.   The same month, Brown tells RockForce Superintendent Daniel Jones that an area of dam embankment has failed compaction testing.

    ii.   Now suspecting corruption and falsification, RockForce waits a while, does nothing, and then asks for a retest with no additional compaction effort applied. The test suddenly "passes" although no additional compaction effort had been applied.

    iii.   This provides additional evidence to RockForce that the County project staff appears to have falsified test results to intentionally harm RockForce.

    iv.   Meanwhile, County staff refuse to provide RockForce with the actual testing data, which gives them the cover to continue to falsify the data and extort RockForce and Mr. Sukut.

**yy.  February 2020: RockForce Reports Further Misconduct to County Human Resources**

    i.   This new evidence of ongoing illegal misconduct is reported to County Human Resources, with no apparent action taken in response.

**zz.  February 2020: RockForce is Force to Hire an Independent Testing Firm**

    i.   Thereafter, RockForce retains an independent third-party geotechnical firm to perform its own "Quality Control" tests as a test against the corrupted County Quality Control process.

ii. The County makes any true checks difficult, however. The project team refuses to share records and data of the compaction testing during the Project—relaying results verbally or through text messaging with missing data much of the time.

aaa. **2/10/2020: RockForce Again Elevates its Concerns to the Highest Level County Executives**

i. RockForce notifies Leonard Hernandez directly of Brown's solicitation of bribes and the County employees' course of corrupt and retaliatory conduct—including the suspected fraudulent testing of the dam embankment.

bbb. **February 2020: County Staff Withholds Payment in Apparent Retaliation**

i. In apparent retaliation, County Staff suddenly begins withholding progress payments for the work RockForce was doing to produce material for the dam embankment.

ii. In conjunction with the devastating obstruction, damages, and losses being inflicted upon RockForce through the placement process, this increases RockForce's financial bleeding.

ccc. **Brown Admits the Conspiracy to County Human Resources**

i. Brown ultimately admits to County Human Resources that, through his course of conduct, he intentionally "made their [RockForce's] lives hell." The rate of testing—and purported failures—peaks during the month when Brown solicits bribes in exchange for passing tests, providing objective evidence to support the open admissions of County staff.

ddd. **2/26/2020: RockForce Submits First Notice of Potential Claim**

i. RockForce submits an Initial Notice of Potential Claim advising the County that the dam embankment in-place compaction testing frequency to date has far exceeded the testing requirements of the specification, while notifying Leonard and Luther and that this is likely due to illegal misbehavior and falsification by County staff.

eee. **2/27/2020: RockForce Meets with Luther Snoke and District Staff**

i. RockForce meets with Luther and District staff to address the resumption of progress payments for the dam embankment material— previously frozen in apparently retaliatory

action by County agents – as well as the issues of testing frequency and the lack of transparency and sharing of test data.

fff.  **After the 2/20 Meetings: County Bureaucracy Fails to Act and Continues to Conceal Evidence**

    i.  After County agrees in the meeting to provide critical testing data on a timely process, RockForce makes repeated requests for test data via RFI's.

    ii.  County continues to stall and conceal evidence

ggg. **RockForce Results to California Public Records Act**

    i.  Desperate for critical information and relief, RockForce is forced to work with legal counsel and resort to California Public Records Act requests in order to attempt to pry the data out of the County.

    ii.  This further distresses and confuses RockForce, Mr. Sukut, and staff, who now understand that the County staff either feels free to operate with impunity in violation of agreements with Leonard or Luther, or perhaps with the conspiratorial knowledge of Leonard and Luther, either of which is distressing.

    iii.  Ultimately, it takes an inordinately extended period of time, two formal Requests for Information, and three formal requests under the California Public Records Act before the County produces the full records of the compaction testing.

hhh. **Ongoing Delays and Obfuscation**

    i.  Until the end of the work on the project, RockForce never received official tests results in a timely or controlled manner, as addressed in a 6/3/21 letter to Resident Engineer Joe Schweitzer., now nearly *four months* after the meetings with Leonard and Luther in which relief and reform was promised.

iii.  **March 2020: County Slowly and Incompetently Begins to Respond**

jjj.  **3/4/2020: Brown Finally Removed**

    i.   As the egregious behavior mounts and evidence becomes irrefutable, the County finally removes Brown from the Project for soliciting bribes.

kkk. **March 2020: White is also Reassigned**

    i.   The County also reassigns White, who was privy to the excessive testing, obstruction, and falsification and concealment of evidence.

lll. **3/4/2020: County Replaces Brown with his Protégé and Former Roommate**

    i.   Unbelievably, Brown is replaced with his protégé and former roommate, Inspector Jon Escalante—who continues the County's corrupt, obstructive, deceitful, and conspiratorial pattern of conduct.

mmm. **March 2020: Increasing Financial and Emotional Distress and Disbelief**

    i.   Mr. Sukut, RockForce, and its staff find themselves in an increasing state of financial and emotional distress, disbelief, and fear of ongoing harassment, intimidation, and retaliation now that it is self-evident that the County must be either extraordinarily incompetent, or consciously malevolent, and having raised the issues to the absolute top of the County multiple times, there is no obvious additional channels of recourse.

nnn. **March 2020: Escalante Issues New Threats of Retaliation and Intimidation**

    i.   RockForce finds itself now subject to a new campaign of threats and intimidation by Escalante, who the County supposedly sent to make things better.

    ii.   Escalante repeatedly threatens to retaliate against RockForce for Brown's removal and ultimate termination.

ooo. **Spring 2020: Slander, Disparagement, Harassment, and Tortious Interference Continue**

    i.   Escalante continues to the County conspiracy to disparage RockForce, harass its employees, and tortuously interfere in its relations with employees and vendors;

    ii.   This makes it clear to RockForce that there is now an obvious conspiracy among multiple current and former County Employees and Agents to consciously inflict damage upon it.

ppp. **Spring 2020: Escalante Repeatedly Invites Brown Back to the Project Worksite, Even After His Termination**

    i.   In a shocking display of wanton disregard for even a measure of decency or decorum, Escalante repeatedly invites Brown to join him at the project site.

    ii.   Brown is photographed at the project site numerous times, even after his termination for extortion.

    iii.   This increases the intimidation and emotional distress, demonstrating to Mr. Sukut, RockForce and its Employees that the conspiracy is continuing unabated despite knowledge at the highest levels of the County, and increasing the sense of hopelessness and despair.

    iv.   The continued appearance of Brown, a County employee terminated for his corrupt solicitation of bribes, at the jobsite in question with his former roommate who is presently in charge of inspections, obviously intimidates and causes great distress among RockForce employees.

qqq. **Spring 2020: Escalante Continually Uses Threatening and Intimating Language That Keep the Threat and Reality of Ongoing Oppression and Retaliation Alive**

    i.   Escalante continually uses language in his interactions with the RockForce team that keep the threat and reality of ongoing oppression and retaliation alive.

    ii.   For instance, "I don't want anyone to think that I am retaliating, but…" before issuing directives or delivering failing test results.

rrr. **3/6/2020: One Example of Escalante Making Good on His Threats to Retaliate Against RockForce**

    i.   As one example of County Agents making good on their threats to retaliate against RockForce and Mr. Sukut, two days after Brown and White are officially removed from the project, Escalante:

1.   Escalante falsely claims that RockForce did not have supervision onsite during dam embankment placement;

2.   Escalante apparently fabricates evidence by using old photos to falsely represent that RockForce was allowing heavy equipment in the buffer;

3.   Escalante further falsely claims that RockForce placed an 18-inch lift of material in gross violation of the specifications.

4.   Escalante reports these fabricated false claims to California State Department of Safety of Dams, leading DSOD to suspect that RockForce is placing the California public at risk through intentionally faulty workmanship.

ii.   These false claims and defamation damage RockForce and Mr. Sukut's once positive working reputation and relationship with the California Division of Safety of Dams.

**sss. 3/9/2020: California DSOD issues a Stop Work Notice on March 9, Work Stops For a Week**

i.   As a result of these false and defamatory accusations, DSOD issues a stop work notice on 3/9/2020 which shut down the backfill operations for over a week, leading to further financial and reputational damages.

1.   After RockForce refutes the false claims, the County takes no apparent action.

2.   Text messages confirm RockForce's Superintendent was onsite—and had been in contact with the County's team when they said he was not on the Project.

3.   Contemporaneous pictures confirm that the heavy equipment was not operating in the buffer zone.

4.   RockForce confirms it was placing 4-inch lifts—not the egregious 18-inch lifts claimed by Escalante.

**ttt. April 2020: RockForce Receives a Small Stream of Information Providing Initial Evidence of the Conspiracy and Retaliation**

i.   After RockForce repeatedly objects, escalates issues, and seeks additional information, finally resorting to working with legal counsel and leveraging the California Public

Records Act to obtain information which on any reasonable project is exchanged **daily in real time** between Government and Private contractors, the little information gathered raises further questions about the integrity of the County's testing even after Brown's removal and during the period in which Escalante was threatening further retaliation, with multiple instances where RockForce's third party QA tests passed, and the County's tests were reported as failed.

uuu.     **April / May 2020: Geocon Admits County Agents Directed Them to Falsify Test Results**

i.    On this same timeframe, in April-May 2020, the County's third-party inspection staff—Geocon—tells two RockForce field employees that Geocon had been directed by the County project team to arbitrarily fail tests so that it did not appear that they were working with RockForce and it looked like the Geocon staff was "doing their job", providing further triangulated evidence of the County's explicit campaign to falsify information and obstruct RockForce's performance.

ii.   This statement equates "looking like Geocon was doing their job" to County Staff with intentionally obstructing RockForce's performance and progress.

vvv.**Spring 2020**:

i.    As the County inflicts cut after cut, RockForce begins bleeding to death, weakening it as pandemic disruptions set in.

ii.   Jordan notifies RockForce's Surety of the unfolding situation with the County, and the resulting financial damage.

iii.  As a consequence of the financial damage and major unfolding claims, Arch Insurance withholds additional bonding capacity for the first time in relationship with RockForce.

iv.   As a consequence, RockForce is unable to bid on new projects, exacerbating the financial damage.

www.      **Spring 2020 through Contract Termination:** RockForce continues to experience significant delays, obstruction and interference based on the County project team's conduct—including relentless harassment, intimidation, and financial devastation leading to turnover and inefficiencies.

 i. For baseline reference, during 2019, RockForce placed 24% of the dam embankment material, averaging 9,250 cubic yard per day.

 ii. After the County project team escalated their unlawful conduct and began falsifying test results, obstructing the work, soliciting bribes, and retaliating, RockForce was only able to average 3,117 cubic yards per day.

 iii. This was a 67% decrease in production in 2020 compared to what RockForce achieved in 2019.

 iv. Despite knowledge of the course of events at the highest possible levels of the County owing to Jordan's personal relationship and direct contact with Leonard Hernandez, County CEO, the County did not correct the situation and RockForce and its employees continued to experience relentless harassment, intimation, and obvious signs the County conspiracy to destroy us was alive and well.

xxx. **8/7/2020: Geocon Considers Hiring Brown After He is Ultimately Fired:**

 i. Text messages between the Geocon test technician (Chris Vaughn) and Escalante indicate that Geocon considers hiring Brown after he is fired from the County for soliciting bribes.

yyy.**Spring, Summer, and Fall 2020: Campaign Continues, Damages Spiral**

 i. With spiraling losses on Cactus Basins, no clear path towards short term remedy from the County for its abject corruption and obstruction, and the pandemic harming the economy, RockForce was forced to begin laying off key personnel as it struggled to survive and identify a legal team with experience battling government corruption.

ii.  The slander and defamation of the County, and County interference in relationships with vendors and employees, coupled with devastating financial stress resulting in late payments to trade payments, coupled with layoffs of key personnel, made performance increasingly difficult on a week by week basis as the life was slowly strangled out of RockForce.

iii. This began to take a toll on other RockForce projects as it struggled to survive.

zzz. **Fall and Winter 2020 and 2021: Jordan Liquidates Assets and Again Reaches Out to Leonard for Help**

i.  Jordan liquidated real properties holdings and sold his family home in a desperate attempt to preserve the livelihoods of his remaining coworkers, and survive for long enough to articulate the construction and corruption claims against the County, and receive recourse.

ii. Jordan and Leonard personally discussed the situation, with Jordan letting Leonard know that the situation demanded rapid financial redress.

iii. Leonard instructed Jordan to that he needs to formally submit all claims, and assured Jordan they would be addressed.

aaaa.  **Winter 2020: Jordan Connects with Stephen Larson and Larson LLP**

i.  Jordan and RockForce struggle to identify an attorney with experience battling corrupt Government structures.

ii. Jordan and RockForce finally identified an attorney that could help it battle the corrupt County via public information about Mr. Burum's case. Ex federal judge Stephen Larson reviewed and took on the case, validating and helping articulate the claims by early 2021.

bbbb.  **Winter 2020 through April 2021: Change Order Requests Formally Submitted**

i.  Jordan and RockForce, in concert with Larson, Morrow, and a team of third party experts, spend hundreds of thousands of dollars to articulate and submit Change Orders 3 through 5 for the Cactus Basins project, totaling roughly $12 Million dollars in direct

damages to RockForce on the Cactus Basins project, excluding additional damages resulting from the County's illegal conspiracy and campaign.

    ii. Meanwhile, RockForce continues to bleed, and Jordan continues to pour in millions of dollars of personal assets in a struggle to keep it afloat.

    iii. Stephen Larson has personal discussions with Leonard, and presses the County for a rapid response. The County is aware that RockForce is on its last legs after suffering millions of dollars of catastrophic damages.

cccc. **County Issues a Short Blanket Rejection**

    i. Shockingly, despite its own internal investigations and staffing changes arising from the course of events, and despite its knowledge of the course of the events at the highest possible level, the County rejects all claims 100% with no attempt to negotiate or resolve the issues in good faith.

# JULY 2021: SHOCK AND FINAL MOMENTS

298. When We realized that it appeared that Leonard, Luther, the County, and the District were actually going to consciously betray and destroy Us for their own convenience, positions, and power… and as the last drops of blood drained from RockForce's veins… We took the desperate last act to save RockForce by furloughing all employees, stopping work on all projects, and entering into emergency negotiations with the County led by Stephen Larson.

299. Leonard Hernandez personally oversaw negotiations for the County.

300. After being whipped, beaten, flogged, and drained of all but its last drops of blood, Our dying Body of Work and Our reputation in the industry was dragged before LEONARD HERNANDEZ, LUTHER SNOKE, and the highest collusive levels of the COUNTY OF SAN BERNARDINO, PUBLIC WORKS DEPARTMENT, and DISTRICT.

301. We made it explicitly clear that all We needed was resolution and payment of ~20% of the claims, $2M to $4M of the $12M in project change order requests in question at the time, while we mediated the rest, and RockForce could complete the project and forestall catastrophe.

302. Being a relatively sophisticated strategist, I personally evaluated and outlined all the options and explained to LUTHER, LEONARD, and COUNTY COUNSEL each of their several available courses of action, including specifically describing in great detail how they could destroy RockForce and my personal reputation and finances in the worst and most complete possible manner, by further violating our Constitutional Rights and publicly terminating RockForce's contract *for cause* despite knowing that their own malevolence was *the cause*, and calling the personally guaranteed bonds. I made it clear to them, in advance of their action, that such a stoke of the pen would be finally and irreparably devastating for us financially and reputationaly, and that it would also damage the livelihoods and economic opportunity of *hundreds of innocent families and businesses* in the County.

303. I also wrote a personal letter to Leonard, in which I appealed to his statements that he was rising to fight corruption and injustice in the County, letting him know that I was going to war with corruption and injustice, and informing him that I hoped we were on the same side of the battle. I tried to make sure it was the kind of letter he would have to read to his wife and think about if he had any conscience or decency.

304. Over two weeks, Leonard circled back a few times to let us know how politically difficult the situation was, before going silent.

305. Then, Leonard and the County Executives and Counsel at the highest level made the joint decision to exercise the strategic option I had clearly outlined for them on how to destroy us in the most painful and complete way possible, by terminating the contract for cause, despite the self-knowledge of County malevolence, and calling the personally guaranteed bonds.

306. On July 28th, 2021, I received an unceremonious letter informing Us that the County would completing the execution of Our life's work, and following up with a claim from the District Attorney against Us for doing so. With disbelief, I forwarded the fateful letter to the team of attorneys, and let them know I was losing all faith in humanity.

307. In the end, We were dismayed that it would ultimately be LEONARD HERNANDEZ and LUTHER SNOKE, once purported allies whose ascent to the highest levels of the County We had aided, who, after explaining the great political difficulties they were up against, would personally assent to and oversee the final execution of Our Body of Work, reputation, and Potential in the industry.

308. Perhaps it will be that this Court and Society must grapple with this chilling testament to a system of political and economic incentives so powerful that it morphs and twists its own stewards into agents of subversion, Darkness, and Injustice.

309. The subsequent days, We were forced to terminate every RockForce employee and default on every contract in progress, leading to sweeping damages to hundreds of families and dozens of businesses, and irreparable damage to the life, profession, and reputation We had been carefully building for decades.

310. The following 24 months were a journey deeper into the underworld, the archetypical descent into the depths. Someone who has not had their life and reputation consciously destroyed by the very power structures they aided and that were supposed to protect them cannot imagine the spiritual and psychological warfare that is required to hold ones Self and Family together through such pain, suffering, and catastrophe consciously inflicted upon a family by sheer malevolence in an overwhelming larger power structure bent on your destruction. Weight loss, physical rashes, grey hair, countless tearful nights, migraines, and trauma that takes a family right to edge of sanity were just a small taste of the suffering Our household endured. Time is precious, life is precious, and those nights and nightmares on the absolute edge of Chaos can never be regained.

311. The corpses of the legal person of RockForce and Our Body of Work in the industry now lie dead and in the streets of the COUNTY OF SAN BERNARDINO, and We are herein alleging the conscious and intentional Cruel and Unusual Punishment and Murder of these legal persons and potentials.

## JULY 2021 TO JULY 2023: NO JUSTICE FOR THE POOR AND THE OPPRESSED – OR EVEN THE 1%?

312. When one is beset and persecuted by the largest County in the most powerful empire on Earth, if one believes what the Church and State raised them to believe, one believes that there should be a means towards a speedy public trial in which Justice can quickly be served, so that everyone can get on their Way.

313. A Citizen might even naively believe that some defense or due process would be available to protect them from a campaign of Government persecution.

314. Once again, We may be an inadequate example of one entitled to Justice in these United States, but as one who possessed the following basic characteristics, most would argue that We were part of a subset of the 1% in America, and perhaps $1/10^{th}$ of 1% in the world, and if there is not a pathway towards Justice for Us, it is also a violation of the possibility of Justice for 99.X% of the world, *to whom the Duty of Justice belongs First, before the privileged and rich*:

    a.   A stable and well connected family with decades of industry relationships

    b.   $10M+ net worth

    c.   World class education including bachelors and masters degrees

    d.   World class coaching and mentoring

    e.   15 years martial arts training

    f.   CEO peer group

    g.   World class network

    h.   Etc. Etc.

315. It turns out that if unaccountable Bureaucrats of the largest County in the United States set about consciously destroying you, resources go fast.

316. By the time We had suffered through the campaign of retaliation, woken up to the fact that they were actually going to consciously and willfully destroy us, gathered enough evidence to articulate claims as the Government fought tooth and nail to conceal and falsify evidence, and identified effective counsel, and brought counsel up to speed on the claims, and submitted the claims… remaining resources were well under a million dollars.

317. Having never sought Justice before, it seemed this would be plenty.

318. It was then that We discovered the next layer of Injustice, and what We think most American's would call Corruption, within our nations Court systems in violation of our basic Constitutional Rights and the Founder's Intent.

319. Through the subsequent process, our legal team, which included an ex-federal judge, enlightened me that the only true remedy against corrupt County persecution would be a Civil Rights claim in federal court, and informed me about the defenses the Government has built up around itself, how difficult Civil Rights claims are, and advised me that it would likely take 3 to 5 years and $3 Million to $5 Million to obtain Justice, if Justice could be obtained at all. They further illuminated all the ways that a Government with endless resources can essentially bury and outlast a private litigant with very few exceptions, and warned me of the lengths the County of San Bernardino had gone to to make previous opponents lives hell. Since taxpayers are paying for their efforts to persecute Citizens and lie, they have essentially unlimited budget to subvert Justice.

320. What We experienced as a result was not only having my Old Life destroyed by the Government, but discovering that any Quest towards justice would require years and millions of dollars that of course no Citizen persecuted by the Government would have.

321. It was then that We understood that we did not live in anything remotely resembling the land of Liberty, Justice, and Constitutional Rights for All that we had been advertised and brainwashed into believing We live in, and that Governments were free to violate the Rights of Citizens at will, with only some subset of 1% possessing the resources and capabilities to seek some measure of Justice.

## COLLUSION AMONG GOVERNMENT AND FINANCIAL INSTITUTIONS

322. Although We were beset on all sides, had sacrificed all Our resources, and Our hopes for Justice were fading, and indeed impossible to conceive of in light of the truly irreparable damages We had suffered, until the end We held out hope that a Surety acting in Good Faith would desire to defend both its

shareholders, and Us, and would use its greater resources to object to being forced to pay for the completion of a contract beset by at least 15 to 20 state and federal claims, and an overt campaign by the Government to prevent its completion.

323. Neither the Surety or us had agreed to guarantee performance in a toxic environment bent on our destruction.

324. This hope was aided but the fact that from the earliest days when the corrupt campaign became apparent in Spring 2020, We had notified by Surety of the issues on the site, and had been specifically discussing with the Surety it's defenses, and the obvious fact that neither We nor their shareholders should be harmed as a consequence of the County's illegal campaign.

325. It seemed obvious to Us that both We and the Surety had agreed to build a dam under the basic tenants and presumption of Good Faith and Fair Dealing, and that neither We nor them had agreed that we would perform in an toxic and illegal environment of intentional obstruction and consciously inflicted damage, and that neither We nor they could be forced to perform in an environment of fraud and corruption.

326. We then learned from those familiar with the bonding industry, including current and past employees of Arch Insurance, that Surety's are very reluctant to disagree with what the Government tells them to do, for the reason that they are principally engaged with Government as their business. Although the Surety agreed with Us that this was obviously a corrupt and atrocious course of events, through numerous conversations they made it clear that they did not have the political will to fight, and that the lowest risk course of action was simply to bend to the Government's will, take over the project(s), and then sue Us to recover whatever they could.

327. After all, they work with the Government a lot, and what is $20 Million of shareholder money and the destruction of one family's life, and hundreds of families livelihoods, if it keeps the peace and allows the flow of Government funds to continue? Arch Insurance was a party to the negotiations, was negotiating with the County in parallel, and their spineless cowardly consent contributed to the destruction.

328. We are not exactly sure (yet) how to make the argument legally, but it is apparent Spiritually that this is an incarnation of the collusion between Government and Finance that is permeating our nation, an obvious

violation of Good Faith and Fair Dealing, and antithetical to Spirit of America and the Founder's Intent, in direct violation of the Rights of Citizens.

## JULY 2023: RISING FROM THE ASHES

329. Therefore, here, a couple days before the Statute of Limitations expires, We have decided to rise, stand and fight. Relatively simultaneously, I will file 1) personal bankruptcy 2) this lawsuit, and 3) paperwork with the Federal Election Commission for an independent presidential campaign.

330.  It is time to arise, unite, and vanquish the abject corruption and injustice plaguing our society, and strangling this American Experiment towards death.

## SECTION 7: PRESENTATION OF CLAIMS
## PRESENTATION OF CLAIMS AGAINST THE COUNTY, DISTRICT, AND CURRENT AND FORMER EMPLOYEES IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES

331. As a consequence of this conscious assassination by the County and its Agents and Employees, I, JORDAN NICHOLAS SUKUT ("Jordan"), am bringing this action seeking compensatory and punitive damages against the Defendants for violation of my Civil and other Rights and Responsibilities under the U.S. Constitution, under Federal and California state law, and under the Highest Universal Law of our Creator, the Spirit and Knowledge of Whom is the Foundation and Source of these self-evident and inalienable Rights.

332. As overviewed above, this course of events gives rise to cause to bring numerous claims, both state and federal, based on this course of conduct waged by the County and the District, by and through their current and former employees. I have separated these out into Federal and State Claims, and enumerated each below.

# FEDERAL CLAIM OVERVIEW

333. Following are the Violations of my inalienable Civil Rights, 42 U.S.C. § 1983:

    a.   Claim One: Retaliation

    b.   Claim Two: Equal Protection

    c.   Claim Three: Due Process

    d.   Claim Four: Fabrication of Evidence

    e.   Claim Five: Defamation

    f.   Claim Six: Conspiracy

    g.   Claim Seven: Cruel and Unusual Punishment

    h.   Claim Eight: Supervisorial Liability

    i.   Claim Nine: Municipal Liability (*Monell*)

# FIRST CLAIM

## Retaliation - 42 U.S.C. § 1983

## Against Defendants X, Y, Z

334. To state a claim under Section 1983 for a violation of the Equal Protection Clause of the Fourteenth Amendment, a company operating under a contract with a public agency must establish the following three elements to prove a section 1983 retaliation claim:

    a.   (1) it engaged in expressive conduct that addressed a matter of public concern;

    b.   (2) the government officials took an adverse action against it; and

    c.   (3) its expressive conduct was a substantial or motivating factor for the adverse action.

    d.   (Alpha Energy Savers, Inc. v. Hansen (9th Cir. 2004) 381 F.3d 917, 923.)

335. Here, as overviewed above, I am RockForce engaged in constitutionally protected activity. As businesses entities, we exercised our First amendment rights through freedom of speech and petition, first in

illuminating the issues besetting the Lake Gregory project, and second in advocating for our rights in response to the County's unjust actions and illegal misbehavior on the Cactus Basins project. Additionally, we continued to strive to fulfill contractual obligations and pure lawful economic opportunities in Good Faith.

336. The County and individual Defendants subsequently engaged in conduct that arose in ongoing retaliation for me and  RockForce exercising Our First Amendment rights to notify and petition the County and District for redress of the corrupt, retaliatory, and otherwise unlawful treatment by their employees. I and RockForce engaged in expressive conduct that addressed a matter of public concern— via numerous reports communications and meetings about the issues on the projects, and the employees' corrupt, retaliatory, and unlawful conduct; the County and District officials took adverse action against RockForce, and RockForce's expressive conduct was a substantial and motivating factor for the adverse actions, including as evidenced by White, Brown, and Schweitzer's express complaints about RockForce elevating these matters to County executive management.

337. The actions of Defendants caused me and RockForce to suffer injuries and intimidation that would chill a person of ordinary firmness from continuing to engage in these constitutionally protected activities, as evidenced by the ongoing fear our former employees continued to experience in the traumatic aftermath of their experience.

338. The county's concerned campaign to undermine our credibility, impose unreasonable obstacles, withhold payments, and Forster division among our employees and business relationships culminated in significant financial losses, the death of RockForce and Our Body of Work and Potential in the industry, and devastating personal damages.

339. Furthermore, the individual Defendants' adverse actions were, according to their own admission, substantially motivated against our exercise of constitutionally protected conduct. The consistent pattern of their actions following our attempts to advocate for our rights and maintain lawful business operations reveals a strong retaliatory intent held and confessed by multiple County agents. This retaliation was a

1    deliberate effort to punish us for speaking out, suppress our voices, and deter from further engaging in

2    constitutionally protected activities.

3    340. As a direct result of these retaliatory actions, we have suffered significant economic, reputational, and

4    emotional harm. We have lost not only our entire net worth and immediate business opportunities, but also

5    our livelihood and the Potential for future economic gain in the industry.

6

# SECOND CLAIM

## Equal Protection - 42 U.S.C. § 1983

## Against Defendants X, Y, Z

10    341. To state a claim under Section 1983 for a violation of the Equal Protection Clause of the Fourteenth

11    Amendment, a plaintiff must show that the defendants acted with an intent or purpose to discriminate

12    against it based upon membership in a protected class. (*Barren v. Harrington* (9th Cir. 1998) 152 F.3d

13    1193.) In the Ninth Circuit, a "class-based" equal protection violation requires a plaintiff to allege: (1)

14    membership in an identifiable class; and (2) the existence of a similarly situated class against which the

15    plaintiff's class can be compared. (*Gallinger v. Becerra* (9th Cir. 2018) 898 F.3d 1012, 1017.) In the

16    alternative, a plaintiff can allege an equal protection claim premised on unique treatment rather than on a

17    classification—a "class of one" claim. (*North Pacifica LLC v. City of Pacifica* (9th Cir. 2008) 526 F.3d

18    478, 486.) Such a claim arises where the plaintiff was (1) "intentionally treated differently from others

19    similarly situated" and (2) "there is no rational basis for the difference in treatment." (*Scocca v. Smith*

20    (N.D. Cal. 2012) 912 F.Supp.2d 875, 885.)

21    342. Here, as overviewed above, the Defendants acted, intentionally and without rational basis, with an intent or

22    purpose to discriminate against me and RockForce Construction by treating us differently from similarly

23    situated contractors. As a result of our attempts to expose and rectify the issues with the Lake Gregory and

24    Cactus Basins projects, we became the targets of a concerted effort to silence, disempower, and financially

25    harm us.

26

343. We were not treated with the same respect, consideration, or fairness that other similar entities received under similar circumstances. Instead, we faced increased scrutiny, unjustified hurdles and obstruction, and threats and manifest retaliation. This disparate treatment was not based on legitimate government interest, but rather, it stemmed from the retaliatory animus of the individual defendants.

344. Moreover, the individual defendants, within the County, its Districts, and Departments, singled us out and conspired to discriminate against us and violate our rights to equal protection under the law. In violation of our right to be treated fairly, on equal terms with other contractors, and without being subjected to corrupt, retaliatory, and otherwise unlawful conduct that had no rational basis, they collectively embarked on a course of action designed to undermine our credibility, sow discord among our employees and business relationships, and impose financial hardship on us, thereby effectively terminating our ability to operate within the industry.

345. As a direct result of this discriminatory and unjust treatment, we suffered significant economic, reputational, and emotional harm. We were not only denied our immediate business opportunities but also lost the potential for future economic gain in the industry.

# **THIRD CLAIM**

## **Due Process - 42 U.S.C. § 1983**

## **Against Defendants X, Y, Z**

346. A Section 1983 claim based upon procedural due process has three elements:

    v.   (1) a liberty or property interest protected by the Constitution;

    w.   (2) a deprivation of the interest by the government; and

    x.   (3) lack of process.

    y.   (*Clark v. California Department of Forestry and Fire Protection* (N.D. Cal. 2016) 212 F.Supp.3d 808, 812.)

347. The fundamental requirement of procedural due process is the opportunity to be heard at a meaningful time and in a meaningful manner. (*Teresi Investments III v. City of Mountain View* (N.D. Cal. Dec. 7, 2012, No. 5:10-CV- 04714 EJD) 2012 WL 6096671, at *4, aff'd, 609 Fed.Appx 928 (9th Cir. 2015).) To state a substantive due process claim, by contrast, a plaintiff must allege

     z.   (1) that a state actor deprived it of a constitutionally protected property interest, and

     aa.  (2) that the governmental action was arbitrary and capricious. (*Sierra Nevada SW Enterprises, Ltd. v. Douglas County* (9th Cir. 2013) 506 Fed.Appx. 663, 665–66.)

348. The Constitution's substantive due process guarantee protects a plaintiff from arbitrary government action. (*See County of Sacramento v. Lewis* (1998) 523 U.S. 833, 845–46.)

349. Here, as overviewed above,  the Defendants'' conduct deprived RockForce and I of procedural and substantive due process under the law, and deprived me and RockForce of Our constitutionally protected property rights. RockForce and I had a constitutionally protected property interest in the benefits of the bargain under RockForce's contract with the County, and the County and District employees' conduct was arbitrary and capricious and deprived RockForce and I of an opportunity to meaningfully be heard on Our grievances. We were unjustly denied payments for work completed, threatened, retaliated against, obstructed, and ultimately terminated, depriving us of both our constitutionally protected property rights in the existing contract, and our future economic opportunities.

350. Furthermore, we were denied adequate procedural protections. The defendants did not provide a fair and objective process to address our grievances, rectify the issues on the projects, and ensure just compensation. Instead, they orchestrated a campaign to silence us, discredit our claims, financially cripple, the national ultimately terminate us, with no meaningful opportunity for Our grievances and protestations to be heard by anyone other than corrupt County agents.

351.  The due process violations also involved actions and omissions by the County's governing bodies and employees that were reckless, deliberately indifferent, or intentionally harmful. They consciously disregarded our constitutional rights and, in doing so, caused significant harm to us.

352.  The individual defendants' actions have caused significant economic, reputational, and emotional harm to me and RockForce Construction. We have lost not only our immediate business opportunities but also our livelihood and the potential for future economic gain in the industry.

## FOURTH CLAIM

### FABRICATION OF EVIDENCE - 42 U.S.C. § 1983

### Against Defendants X, Y, Z

353.  To bring a successful Section 1983 claim for the fabrication of evidence, a plaintiff must demonstrate: (1) the defendant officials knowingly fabricated evidence, intending to use it to deprive the plaintiff of a constitutionally protected right or privilege; (2) the fabricated evidence was used to deprive the plaintiff of a constitutionally protected right or privilege; and (3) the deprivation resulted in damages.

354. In the present case, as overviewed above, the individual defendants knowingly and intentionally fabricated evidence to harm me and RockForce Construction. They provided false information about the quality and integrity of our work on the Lake Gregory and Cactus Basins projects, and expressly instructed the third party Quality Control firm on the project to do the same. In addition to leveraging this fabricated and falsified evidence to directly deceive us, obstruct the work, and inflict economic harm, they further used this fabricated evidence to defame us and influence the decisions and actions of other government officials and to damage our business relationships.

355. The fabricated evidence was used to help justify unreasonable obstructions, delays, and contract terminations, thereby depriving us of our constitutionally protected rights to due process and equal protection under the law.

356. These actions directly resulted in significant harm to us. We suffered substantial economic losses due to the falsification and obstruction, suffered reputational damage in the industry, and lost numerous opportunities. Our business reputation was tarnished, and our relationships with potential clients,

employees, trade partners, and partners were irreparably damaged. Furthermore, we endured significant emotional distress due to these wrongful actions.

# FIFTH CLAIM

## Defamation - 42 U.S.C. § 1983

## Against Defendants X, Y, Z

357. To state a claim for defamation, a plaintiff must allege facts that establish the existence of (a) a publication that is (b) false, (c) defamatory, and (d) unprivileged, and that (e) has a natural tendency to injure or that causes special damage. Publication is communication of the allegedly defamatory statement to a third person who understands its defamatory meaning as applied to the defamed party. (*CSPC Dophen Corporation v. Zhixiang Hu* (E.D. Cal., Nov. 27, 2018, No. 217CV1895MCEDBPS) 2018 WL 6184617, at *4.) Publication does not require dissemination to a substantial number of individuals; it suffices that the defamatory matter is communicated to a single individual other than the one defamed. (*Shepherd v. Kohl's Department Stores, Inc.* (E.D. Cal., Apr. 25, 2016, No. 114CV01901DADBAM) 2016 WL 1626950, at *3 (concluding that publication of defamatory material between two employees of the same employer is sufficient to state a cause of action for defamation under California law).) A plaintiff may state a defamation claim by presenting evidence of a statement of fact that is provably false. (*Piping Rock Partners, Inc. v. David Lerner Associates, Inc.* (N.D. Cal. 2013) 946 F.Supp.2d 957, aff'd (9th Cir. 2015) 609 Fed.Appx. 497.)

358. To state a defamation claim under Section 1983, the plaintiff must allege "defamation plus." (*Herb-Hallman Chevrolet, Inc. v. Nash-Holmes* (9th Cir.1999) 169 F.3d 636, 645, fn.3.) The defamation "plus" requires alleging injury to reputation in conjunction with loss of a recognizable property or liberty interest. (*Crowe v. County of San Diego* (9th Cir. 2010) 608 F.3d 406, 444.) A plaintiff can allege such a "defamation plus" claim in one of two ways: (1) the injury to reputation was inflicted in connection with a federally protected right; or (2) the injury to reputation caused the denial of a federally protected

right. (*Herb-Hallman Chevrolet, Inc., supra*, 169 F.3d at p. 645; *Cooper v. Dupnik* (9th Cir.1991) 924 F.2d 1520, 1532.)

359. Here, as overviewed above, RockForce and I submit that the County and District employees' conduct— specifically their barrage of intentionally false, disparaging statements about RockForce to RockForce employees, other County, District, and State employees, and third-party vendors, which caused injury to RockForce's reputation and substantial pecuniary harm to RockForce— constituted defamation.

360. Furthermore, these false statements led to special damages in the form of financial losses, lost business opportunities, and emotional distress.

# SIXTH CLAIM

## Conspiracy - 42 U.S.C. § 1983

## Against Defendants X, Y, Z

361. "To establish liability for a conspiracy in a § 1983 case, a plaintiff must demonstrate the existence of an agreement or meeting of the minds to violate constitutional rights." (*Crowe v. County of San Diego* (9th Cir. 2010) 608 F.3d 406, 440, quoting *Mendocino Environmental Center v. Mendocino County* (9th Cir.1999) 192 F.3d 1283, 1301, internal quotation marks omitted.) As the court explained, the "agreement need not be overt, and may be inferred on the basis of circumstantial evidence such as the actions of the defendants." (*Id.*)

362. Here, as overviewed above, RockForce and I submit that the County and District employees— including but not limited to the County project team—shared a common goal of retaliating against RockForce; discriminating against RockForce; defaming RockForce; and depriving RockForce of due process under the law through this course of malicious and unlawful conduct. In furtherance of this shared goal, they worked in concert to carry out this ongoing corrupt campaign—and were thus part of a conspiracy to deprive RockForce and I of Our constitutional rights.

363. Their actions were directed towards a common goal: to retaliate against me and RockForce Construction for exercising our First Amendment rights, undermine our credibility, impose financial hardship, and ultimately cause Us and Our business to suffer and fail.

364. The actions and decisions of these individual defendants were not isolated incidents; rather, they formed a continuous thread of unlawful conduct. The pattern of their actions, and the timings of these actions, demonstrate a clear and coordinated effort to disrupt and damage our business operations.

365.  As a result of this conspiracy, we were subjected to numerous violations of our constitutional rights. The individual defendants' concerted actions led to the deprivation of our First Amendment rights of speech and petition, as well as our Fourteenth Amendment rights to due process and equal protection under the law.

366. These concerted actions have caused us significant harm, including financial loss, loss of business opportunities, harm to our reputation, and severe emotional distress.

## SEVENTH CLAIM

### Cruel and Unusual Punishment - 42 U.S.C. § 1983

### Against Defendants X, Y, Z

367. The Eighth Amendment of the United States Constitution prohibits cruel and unusual punishment. Although typically associated with physical punishment in the criminal context, the U.S. Supreme Court and spiritual law interpret this to extend to conditions of punishment as well. To establish an Eighth Amendment violation under Section 1983, a plaintiff must show that they were subjected to punishment that was cruel and unusual.

368. Here, as overviewed above, the individual defendants subjected me and RockForce Construction to a campaign of retaliation, hostility, and financial hardship that was so severe, extended, and ultimately devastating that it amounted to cruel and unusual punishment.

369. The actions of the individual defendants were not just simple negligence or incompetence. Instead, they were deliberate and repeated actions aimed at causing significant harm to Us and Our business.

370. The defendants intentionally imposed significant obstacles and difficulties on Our business in violation of Our constitutional rights and conspired to make Our lives hell according to their own admission, which naturally caused extreme financial hardship and emotional distress over an extended period of time.

371. After torturing us in the hell they were consciously creating, they then denied in summary and blanket form our petitions for relief, before ultimately terminating Us for cause and destroying our Old Lives and livelihoods.

372. They then told Us they were going to to follow up with a claim from the District Attorney to charge Us for their time to administer the Cruel and Unusual punishment.

373. This pattern of hostility, retaliation, and ultimately termination not only resulted in the loss of our business and future opportunity and our reputation, but also inflicted severe emotional distress, amounting to a punishment that was cruel and unusual.

374. The defendants' actions were deliberately indifferent to our rights, were unnecessary and wanton infliction of pain, and were totally without penological justification.

375. Beyond just cruel and unusual punishment, this conduct was consciously malevolent, sadistic, and Evil.

# EIGHTH CLAIM

### Supervisorial Liability - 42 U.S.C. § 1983

### Against Defendants X, Y, Z

376. A defendant may be held liable as a supervisor under § 1983 "if there exists either (1) his or her personal involvement in the constitutional deprivation, or (2) a sufficient causal connection between the supervisor's wrongful conduct and the constitutional violation." (*Starr v. Baca* (9th Cir. 2011) 652 F.3d 1202, 1207.)

377. Here, as overviewed above, We submit that County and District supervisors are subject to liability under Section 1983 based on their knowledge of their employees' violations— including pursuant to Our ongoing reports about the employees' corrupt, retaliatory, and otherwise unlawful acts—and pursuant to previous

court cases, criminal cases, news articles, and well documented public knowledge of the County's

propensity to corruption and injustice— and the supervisors' failure to act to prevent them.

378. The individual supervisors, within the County, its Districts, and Departments, exhibited deliberate

indifference to and tacit authorization of unconstitutional practices. These practices included unjust

treatment, retaliation, manipulation, and the intentional undermining of Our efforts and business operations,

and Our position, reputation, and opportunity in the industry.

379. Despite Our complaints, the County failed to take action to stop an unlawful course of conduct that

continued unabated until it resulted in total destruction. The supervisors failed to intervene or rectify the

situation when they knew or reasonably should have known about the misconduct. They either implicitly or

explicitly approved of these unconstitutional practices through their inaction, or by ignoring, minimizing,

or concealing the misconduct of their subordinates.

380. Additionally, We submit that County and District supervisors are subject to liability due to their inaction in

the training, supervision, and control of their subordinates; their acquiescence in the constitutional

deprivations; and for their conduct showing a reckless indifference to the Our constitutional rights. We

submit that this supervisorial liability is made more egregious by the well-known and documented previous

instances of corrupt and retaliatory practices within the County, constituting a clear pattern, which County

Supervisors have to this date failed to stop.

381. The supervisors' wrongful conduct was causally connected to the constitutional violations We experienced.

Their failure to supervise and control their subordinates, failure to implement proper policies, and failure to

intervene in a longstanding pattern of unconstitutional conduct directly led to the retaliation, defamation,

unjust treatment, and economic harm inflicted on Us.

382. As a direct and proximate result of the supervisors' wrongful conduct, We suffered significant economic

and emotional harm. The business was forced to shut down, causing loss of immediate and future economic

opportunities, and We was subjected to severe emotional distress and damage to Our reputation in the

industry.

# NINTH CLAIM

## Municipal Liability - 42 U.S.C. § 1983

## Against Defendants X, Y, Z

383. A *Monell* claim exists where the employee or officer who deprived the plaintiff of a constitutional right was acting pursuant to a formal or de facto municipal policy or entrenched custom. (*Gillette v. Delmore* (9th Cir.1992) 979 F.2d 1342, 1346.) The elements to support such a claim are: (1) the plaintiff was deprived of a constitutional right; (2) the local government had a policy or custom; (3) the policy or custom amounted to deliberate indifference to the plaintiff's constitutional right; and (4) the policy or custom was the moving force behind the constitutional violation. (*Mabe v. San Bernardino County, Dept. of Public Social Services* (9th Cir. 2001) 237 F.3d 1101, 1110–1111.) In connection with this theory of liability, a plaintiff may allege facts to show that the municipality and the official disregarded the known or obvious consequence that a particular omission in their training program would cause municipal employees to violate citizens' constitutional rights. (*Flores v. County of Los Angeles* (9th Cir. 2014) 758 F.3d 1154, 1159.) Similarly, a municipality's failure to supervise employees that is sufficiently inadequate may amount to a policy of deliberate indifference, as required for the municipality's liability on a Section 1983 claim. (*Dougherty v. City of Covina* (9th Cir. 2011) 654 F.3d 892, 900.)

384. In addition, a *Monell* claim can be brought when the offending employee or officer was an official with "final policymaking authority" and the "challenged action itself thus constituted an act of official governmental policy." (*Gillette, supra*, 979 F.2d at p. 1346.) Finally, a plaintiff may claim *Monell* liability where an official with policy-making authority "ratifies" a subordinate's unconstitutional decision or action. (*Gillette, supra*, 949 F.2d at pp. 1346-1347.)

385. Here, We submit that there is a longstanding policy and custom in the County and District of sanctioning corruption and consequent inaction in response to complaints raised, including a failure to supervise and train. Further, We submit that County and District officials had final policymaking authority and the challenged action constituted an act of official governmental policy. Finally, We submit that County and

District officials with policy-making authority ratified the employees' constitutional violations, despite Our detailing the illegal conduct in numerous communications and meetings with County and District management.

386. The actions of the County and its officials deprived us of several constitutional rights, including but not limited to the right to due process, the right to equal protection under the law, and the right to free speech.

387. The County of San Bernardino, its Districts, and Departments demonstrated a policy or custom that constitutes deliberate indifference to these constitutional rights. This is evident in the pattern of corrupt behavior, wrongful retaliation, and deliberate undermining of Our efforts and business operations, with full knowledge of the highest levels of County staff.

388. The County's policies or customs of not adequately training or supervising its employees, tolerating misconduct, and turning a blind eye to the actions of their officials directly led to these constitutional violations. They created an environment that enabled and perpetuated unconstitutional practices.

389. As a direct result of the County's unconstitutional policies and customs, we have suffered significant economic, reputational, and emotional harm. We have lost not only our entire net worth and immediate business opportunities, but also our livelihood and the potential for future economic gain in the industry.

## **STATE CLAIM OVERVIEW**

390. We further submits that this same course of corrupt, retaliatory, false, fraudulent, defamatory, and otherwise unlawful conduct gives rise to the following state claims—both in contract and in tort. In particular, as overviewed above, and in the previously submitted change orders, We submit that the County and District breached their contractual obligations to RockForce, including by imposing onerous requirements outside of the contract terms, consciously obstructing the Work, consciously conspiring to create a toxic Work environment, and then punishing Us in a cruel and unusual way for our inability to adequately perform under such hellish conditions. Further, We submit that, through this unlawful

campaign, the County, District, and their current and former employees have committed a host of tortious acts against Us.

391. Resulting State Claims include but are not limited to

    a.   Claim Ten: Breach of Contract;

    b.   Claim Eleven: Breach of Implied Covenant of Good Faith and Fair Dealing;

    c.   Claim Twelve: Tortious Interference with Contractual Relations;

    d.   Claim Thirteen: Tortious Interference with Prospective Economic Advantage

    e.   Claim Fourteen: Negligence

    f.   Claim Fifteen: Negligent Supervision / Retention

    g.   Claim Sixteen: Civil Extortion

    h.   Claim Seventeen: Fraud / Misrepresentation

    i.   Claim Eighteen: Defamation / Slander

    j.   Claim Nineteen: Bane Act

    k.   Claim Twenty: Intentional Infliction of Emotional Distress

    l.   Claim Twenty One: Civil Conspiracy

## TENTH CLAIM

### Breach of Contract

392. The elements of a cause of action for breach of contract are (1) the existence of the contract, (2) plaintiff's performance or excuse for nonperformance, (3) defendant's breach, and (4) the resulting damages to plaintiff. (*E.D.C. Techs., Inc. v. Seidel* (N.D. Cal. 2016) 216 F. Supp. 3d 1012, 1015.)

393. As discussed above, the County of San Bernardino entered into valid and binding contracts with RockForce Construction for both the Lake Gregory Dam and Cactus Basins projects. These contracts outlined the scope of work, terms of payment, and other conditions to be followed by both parties.

394. On the Cactus Basins project, RockForce Construction diligently and faithfully performed all obligations and duties as per the contract terms to the best of its abilities. Despite facing an array of unreasonable obstacles, fabricated and falsified evidence, intentional obstruction, and deliberate undermining by County and District officials, We persisted in our efforts to fulfill our contractual obligations.

395. In stark contrast, the County and its officials flagrantly breached their contractual obligations. They deliberately impeded RockForce Construction's work, deliberated conspired to make our lives hell, manufactured false allegations to undermine our credibility, tortiously interfered with our relationships, and retaliated against us for exercising our contractual and constitutional rights.

396. The breach by the County and its officials caused Us significant damages. Their wrongful actions directly led to severe disruptions in Our business operations, the loss of prospective economic relationships, substantial financial losses, and eventually, the dissolution of RockForce Construction and our personal finances. This breach not only caused immediate and irreparable financial and reputational losses, but also eroded our future economic potential in the industry as resulted in severe emotional distress.

# ELEVENTH CLAIM

## Breach of Implied Covenant of Good Faith and Fair Dealing

397. "Every contract imposes on each party a duty of good faith and fair dealing in each performance and in its enforcement." (Rest.2d, Contracts, § 205; see also *Careau & Co. v. Security Pacific Business Credit, Inc.* (1990) 222 Cal.App.3d 1371, 1393, *as modified on denial of reh'g (Oct. 31, 2001)*.) "Simply stated, the burden imposed is that neither party will do anything which will injure the right of the other to receive the benefits of the agreement." (*Careau*, 222 Cal.App.3d at 1393, citation and internal quotations omitted; see also *Schoolcraft v. Ross* (1978) 81 Cal.App.3d 75, 80 [the "implied covenant imposes upon each party the obligation to do everything that the contract presupposes they will do to accomplish its purpose"].)

398. To assert such a claim, the allegations must show that "the conduct of the defendant, whether or not it also constitutes a breach of a consensual contract term, demonstrates a failure or refusal to discharge contractual

responsibilities, prompted not by an honest mistake, bad judgment or negligence but rather by a conscious and deliberate act, which unfairly frustrates the agreed common purposes and disappoints the reasonable expectations of the other party thereby depriving that party of the benefits of the agreement." (*Careau*, 222 Cal.App.3d at 1395.)

399.  As detailed previously, the County of San Bernardino entered into valid contracts with RockForce Construction for the Lake Gregory Dam and Cactus Basins projects. Implicit in these contracts was the covenant of good faith and fair dealing.

400. RockForce Construction adhered to this covenant by performing all its obligations diligently, transparently, and in good faith. Despite encountering numerous unjustified obstacles, We strived to maintain open communication, adhere to project timelines, and uphold the quality of our work.

401. In stark contrast, the County and its officials deliberately and systematically violated the covenant of good faith and fair dealing. They withheld due payments, imposed unreasonable obstacles, sowed doubt and division within our business relationships, fabricated allegations, and retaliated against us for exercising our constitutionally protected rights. These actions were undertaken with a clear intention to undermine our performance and deprive us of the benefits of the Cactus Basins contracts, as well as our future potential in the industry.

402. As a result of the County's breach of the covenant of good faith and fair dealing, We suffered severe financial losses, loss of business opportunities, reputational damage, and ultimately, the death of Our company and Our Body of Work in the industry. The breach not only caused immediate financial losses but also diminished our future economic potential in the industry, and caused severe emotional distress.

## TWELFTH CLAIM

### Tortious Interference with Contractual Relations

403. To prevail on a cause of action for intentional interference with contractual relations, a plaintiff must plead and prove (1) the existence of a valid contract between the plaintiff and a third party; (2) the defendant's

knowledge of that contract; (3) the defendant's intentional acts designed to induce a breach or disruption of the contractual relationship; (4) actual breach or disruption of the contractual relationship; and (5) resulting damage. (*Reeves v. Hanlon* (2004) 33 Cal.4th 1140, 1148.)

404. Here, as overviewed above, RockForce Construction entered into valid contracts with the County of San Bernardino for the Lake Gregory Dam and Cactus Basins projects. Furthermore, we established valid contractual relationships with subcontractors, suppliers, employees, and other business partners necessary for the execution of these projects.

405. The County and its officials were not only aware of these contracts, but their roles actively entailed facilitating their successful execution.

406. Instead, the County and individual defendants engaged in deliberate actions to disrupt our contractual relations. These actions included but were not limited to providing false information about the quality and integrity of our work, intentionally sowing doubt and division among our business relationships, and imposing unreasonable obstacles and financial losses on Us.

407. These actions resulted in the actual breach and disruption of our contractual relations. Due to the defendants' actions, We suffered severe financial losses, loss of business opportunities, reputational damage, and the ultimate death of Our company and Our Body of Work in the industry.

408. As a result of the County's tortious interference with contractual relations, we suffered significant economic and emotional harm. This includes not only immediate financial losses but also the loss of future economic potential in the industry.

# **THIRTEENTH CLAIM**

## **Tortious Interference with Prospective Economic Advantage**

409. To state a claim for tortious interference with prospective economic advantage, a plaintiff must show (1) existence of an economic relationship between the plaintiff and a third party that contains the probability of future economic benefits to plaintiff, (2) defendant's knowledge of the relationship, (3) intentionally

wrongful acts designed to disrupt the relationship, (4) actual disruption of that relationship, and (5) economic harm proximately caused therefrom. (*Albert v. Williams* (C.D. Cal. Nov. 21, 2018, No. SACV1800448CJCJDEX) 2018 WL 6092578, at *9.)

410. As discussed above, RockForce Construction had established significant economic relationships in the industry, not only with the County of San Bernardino but also with numerous subcontractors, suppliers, employees, clients, and potential clients. These relationships held strong potential for future economic benefit, with several upcoming projects and bids in the pipeline.

411. The County and its officials were well aware of these relationships, and the economic Potential they held for Us.

412. Despite this knowledge, the individual defendants and the County engaged in intentional actions designed to disrupt these relationships. They provided false information regarding the quality and integrity of our work, deliberately sowed division and doubt among our business partners and employees, and imposed unreasonable and undue financial losses, obstacles, and obstructions on Us.

413. These actions resulted in the actual disruption of our economic relationships. These disruptions, in turn, resulted in the loss of prospective economic advantage, as we were unable to secure future projects and business opportunities.

414. This interference caused significant economic harm to Us, leading to severe financial losses, the death of Our Company and Our Body of Work, and the loss of our future economic potential in the industry. As a result of the County's tortious interference with prospective economic advantage, we suffered significant economic and emotional harm.

# FOURTEENTH CLAIM

## Negligence

415. The elements of negligence are: (1) defendant's obligation to conform to a certain standard of conduct for the protection of others against unreasonable risks (duty); (2) failure to conform to that standard (breach of the duty); (3) a reasonably close connection between the defendant's conduct and resulting injuries

(proximate cause); and (4) actual loss (damages). (Corales v. Bennett (9th Cir. 2009) 567 F.3d 554, 572.) Among other things, an inspector's duty to perform his job with diligence and candor is imposed upon him for the benefit of the public which will ultimately occupy the structures he purports to inspect and approve. (*Cooper v. Jevne* (1976) 56 Cal.App.3d 860, 874.)

416. Here, as overviewed above, the individual defendants, acting in their respective capacities within the County, its Districts, and Departments, had an obligation to perform their duties with diligence and candor. This duty extends to facilitating and ensuring the safe and effective execution of public works projects and protecting the interests of contractors and the public who will ultimately benefit from the co-creation of these structures, and to co-creating the Total Nested Hierarchy of Conditions / Environment in which co-creation can occur.

417. These individuals failed to conform to this standard of duty. They provided false information regarding the quality and integrity of our work, deliberately sowed discord among our business partners, and imposed unreasonable and undue financial losses on Us, before blaming us for our lack of progress despite full self-knowledge of their own conscious malevolence.

418.Their actions have a direct and reasonably close connection to the resulting injuries We suffered. Their misconduct directly led to significant disruptions in our business operations, the loss of prospective economic relationships, substantial financial losses, and the death of Our Company, Our Body of Work, and our future potential in the industry.

419.  As a result of the individual defendants' negligence, We have suffered actual and significant damages and loss. This includes not only immediate financial losses but also the loss of our future economic potential in the industry and severe emotional distress.

# FIFTEENTH CLAIM

## Negligent Supervision / Retention

420. To establish a cause of action for negligent supervision, a plaintiff must prove: (1) the existence of a legal duty of the employer to use due care; (2) how the defendant-employer breached that duty; (3) how any breach proximately caused plaintiff's damages; and (4) damages. (*Hankins v. American Medical Response Ambulance Service, Inc.* (E.D. Cal. Jan. 9, 2018, No. 116CV01046LJOMJS) 2018 WL 339062, at *15.) To establish a claim of negligent supervision, a plaintiff must prove the traditional elements of actionable negligence, including duty, breach, and causation. (*Corser v. County of Merced* (E.D. Cal. Jan. 26, 2009, No. 1:05CV00985OWWDLB) 2009 WL 174144, at *25.).

421. Here, as overviewed above, The County, its Districts, and Departments, as the employers of the individual defendants, had a legal duty to supervise their employees to ensure they perform their duties in accordance with the law and in the best interests of public works projects, their contractors, and the public.

422. The County and its various agencies failed to fulfill this duty. They allowed their employees to provide false information about the quality and integrity of RockForce Construction's work, sow discord among our business relationships, and impose unreasonable and undue obstacles and financial losses on our company. They further allowed their employees to engage in ongoing retaliation and intimidation, despite full knowledge of the illegal campaign. This negligent supervision and retention of these individuals directly contributed to the creation of a hostile and destructive working environment.

423. There exists a causal connection between the County and its various agencies' breach of their duty of care and the damages We suffered. Their negligent supervision and retention of employees directly resulted in significant financial losses, the death of Our Company and Body of Work in the industry, the infliction of emotional distress, and the loss of prospective economic relationships and future economic potential.

424. This negligence is made more egregious by the long-standing and well-known pattern of corruption, injustice, and violation of Civil Rights in the County, which multiple generations of supervisors have repeatedly failed to address.


# SIXTEENTH CLAIM

## Civil Extortion

425. The elements of attempted extortion are (1) a specific intent to commit extortion—i.e., to obtain property from another, with his or her consent, induced by a wrongful use of fear; and (2) a direct but ineffectual act done towards its commission. (*Cross v. Cooper* (2011) 197 Cal.App.4th 357, 386–87.)

426. Here, as overviewed above, the County, its Districts, Departments, and the individual defendants engaged in a pattern of behavior that meets the criteria of civil extortion. They wrongfully used their positions of power, influence, and control over the Cactus Basins project, along with a carefully and conspiratorially crafted campaign of fear and intimidation, to attempt to force Us to comply with unreasonable and unjust demands, and soliciting bribes in exchange for relief.

427. The individual defendants consciously used the force and fear instilled by their positions of authority, their control over progress, and the overarching influence of the County, to attempt to extract consent from us to unlawful demands.

428. This conduct was a direct result of the wrongful use of force or fear, and was under color of official right, as these actions were carried out by government officials acting within the scope of their employment.

429. We have suffered significant damages as a result of this civil extortion, including significant financial losses, the loss of RockForce as a functioning entity, the loss of prospective economic relationships and future economic potential, and severe emotional distress.

# SEVENTEENTH CLAIM

## Fraud / Misrepresentation

430. Under California law, the elements of fraud are: (a) misrepresentation (false representation, concealment, or nondisclosure); (b) knowledge of falsity (or 'scienter'); (c) intent to defraud, i.e., to induce reliance; (d) justifiable reliance; and (e) resulting damage. (*Tom Trading, Inc. v. Better Blue, Inc.* (9th Cir. 2002) 26 Fed.Appx. 733, 736.)

431. As overviewed above, the County, its Districts, Departments, and the individual defendants knowingly made false representations to Us in regards to the Cactus Basins project. These misrepresentations included, but were not limited to, promises of timely payments, collaboration within the boundaries of industry norms and expectations, and Good Faith and fair dealing throughout the project duration. Additionally, the misrepresentations included falsified evidence during the course of the project, and repeated representations by County executives that the issues of County misconduct would be appropriately reviewed and resolved.

432.  The individuals, being fully aware of their falsity and intent to harm, made representations with an intention to defraud Us, inducing Us to continue with the contract, while attempting to extort and punish Us for the exercise of constitutionally protected activity.

433. RockForce Construction and I justifiably relied on these representations, given the authoritative positions of the individual defendants and our inherent trust in their professional capacity and duty to act in good faith.

434. However, the adverse outcomes that followed — overviewed above — revealed the fraudulent nature of these initial misrepresentations.

435. As a direct result of our reliance on these fraudulent misrepresentations, We have suffered significant damages. These include not only immediate financial losses and the death of RockForce and our Body of Work in the industry, but also the loss of prospective economic relationships and our future economic potential in the industry, alongside the emotional distress we have endured throughout this ordeal.

# **EIGHTEENTH CLAIM**

## **Defamation / Slander**

436. The elements of a defamation claim are (1) a publication that is (2) false, (3) defamatory, (4) unprivileged, and (5) has a natural tendency to injure or causes special damage. (*John Doe 2 v. Superior Court* (2016) 1 Cal.App.5th 1300, 1312.)

437. As outlined above, the individual defendants falsely and publicly made damaging statements about me and RockForce Construction to third parties, including our employees, contractors, business partners, and other members of the community. These false statements consisted of, but were not limited to, allegations of unprofessionalism, financial instability, and incompetency.

438. These statements were unequivocally false. The individual defendants, fully aware of the falsehood, maliciously spread these untruths with the explicit intent to harm our professional reputation and business operations.

439. The defamatory remarks were unprivileged, as they were neither legally protected nor justified. Moreover, they were fabricated and disseminated with a disregard for truth and the conscious intent to inflict harm.

440. These slanderous statements had a natural tendency to and did indeed inflict significant injury upon us. They undermined our credibility within the industry, instigated mistrust and suspicion among our business relationships, hindered our ability to secure future contracts and retain key employees trade partners, and ultimately contributed to the demise of RockForce Construction.

441. As a result of the individual defendants' slanderous actions, We have suffered both economic and emotional damages. We have not only lost immediate business opportunities and our future economic potential, but we also had to endure significant emotional distress.

## NINETEENTH CLAIM

### Bane Act

442. Civil Code section 52.1 provides remedies for "certain misconduct that interferes with any 'right [] secured by the Constitution of the United States, or ... of this state ....'" (*Venegas v. County of Los Angeles* (2007) 153 Cal. App. 4th 1230, 1242.) "The essence of a Bane Act claim is that the defendant. . . tried to or did prevent the plaintiff from doing something he or she had the right to do under the law or to force the plaintiff to do something that he or she was not required to do under the law." (*Shoyoye v. County of Los Angeles* (2012) 203 Cal.App.4th 947, 955–56) A defendant is liable if he or she interfered with or

attempted to interfere with the plaintiff's constitutional rights by way of threats, intimidation, or coercion. (See Venegas, supra, 153 Cal.4th at p. 1242.)

443. Here, as overviewed above, I and RockForce Construction exercised our constitutional rights under the First and Fourteenth Amendments, among others, by expressing our concerns about the conduct of the County's employees and by striving to maintain lawful business operations despite the unjust obstacles imposed upon us.

444. The individual defendants, acting in their capacities within the County, its Districts, and Departments, employed threats, intimidation, and coercion to interfere with and prevent our exercise of these rights. They created an environment of fear and hostility, imposed unreasonable obstacles, withheld payments, spread defamatory statements, and undertook a series of actions with the intent to coerce us into silence and compliance while they inflicted suffering upon us.

445. This persistent pattern of coercive behavior directly resulted in significant injury, damage, and loss for me and RockForce Construction. We suffered substantial financial losses, the death of Our business, severe disruptions to our business operations, the loss of prospective economic relationships, and significant emotional distress.

# **TWENTIETH CLAIM**

## **Intentional Infliction of Emotional Distress**

446. A claim for intentional infliction of emotional distress alleges that defendants' conduct (1) was extreme and outrageous; (2) was intended to cause the plaintiff emotional distress; and (3) caused the plaintiff distress.

447. Here, as previously detailed, the individual defendants engaged in extreme and outrageous conduct that went far beyond all possible bounds of decency. Their actions and tactics, such as providing false information, intentionally sowing discord, imposing unfair obstructions, and misusing their powers for personal vengeance, were intended to inflict severe emotional distress on me and RockForce Construction.

448. The individual defendants either intended to cause severe emotional distress or acted with reckless disregard of the likelihood that their conduct would result in such distress. Their purposeful actions were not only professionally reprehensible but also personally tormenting, as they wreaked havoc on Our business operations, relationships, reputation, and peace of mind.

449. As a direct result of the individual defendants' outrageous conduct, I, as well as the collective entity RockForce Construction, suffered extreme emotional distress. This distress is evident in the anxiety, fear, and psychological trauma that We and members of our families experienced at the hands of the Defendants.

450. The individual defendants' conduct was a substantial factor in causing this severe emotional distress. Their relentless and unjust actions contributed significantly to the intensity and duration of the distress suffered.

# TWENTY FIRST CLAIM

## Civil Conspiracy

451. The elements of a civil conspiracy are the formation and operation of the conspiracy and damage resulting to plaintiff from an act done in furtherance of the common design. (*Stueve Bros. Farms, LLC v. Berger Kahn* (2013) 222 Cal.App.4th 303, 323.)

452. Here, as overviewed above, the individual defendants formed and operated a civil conspiracy with the intent to injure me and RockForce. This conspiracy involved the defendants acting in their respective roles within the County and its departments, aligning their actions and decisions to unfairly target Us and obstruct our business operations.

453. The individual defendants committed wrongful conduct in furtherance of this conspiracy. This included, but was not limited to, providing false information about our work, sowing division within our business relationships, imposing unfair obstructions, falsifying evidence, withholding payments, and manipulating their positions of power to enforce retaliatory actions against us.

454. These wrongful acts, executed in conspiracy and with malice, directly resulted in significant losses and damages to me and RockForce Construction. These damages included substantial financial losses, disruptions in business operations, loss of future business opportunities, and severe emotional distress.

* * *

455. In short, We submit that these claims, and others, are substantiated by the coordinated course of conduct overviewed above, and detailed in the previously-submitted change orders—including Change Order Nos. 3-5—a campaign that has manifested in the open and repeated expression of deep-seated animus towards RockForce, its employees, and Mr. Sukut; threats of physical and economic harm towards RockForce and its employees; disparaging and defamatory statements about RockForce and its employees; falsification of inspection and testing results; obstruction of work; solicitation of bribes and attempted extortion; baseless discriminatory treatment of RockForce and Mr. Sukut; and retaliation targeting RockForce and Mr. Sukut's exercise of free speech in bringing the unlawful conduct to the attention of the County and the District executive management.

## **SECTION 8: DAMAGES AND LOSS**

456. Because of the course of conduct overviewed above and in previous correspondence with the County, We have suffered devastating damages and losses. If a government agent admits that they consciously and intentionally conspired to "make our lives hell", their confession should be taken seriously. Those who have not personally been thrust down into into the underworld of slow, torturous destruction by consciously malevolent forces in positions of asymmetric power cannot understand the psychological, physical, economic, and familial toll such a campaign of evil inflicts.

457. Below, we have separated out the damages into three primary categories:

    a.   Project

    b.   Company

c.   Personal

# CATEGORY I: PROJECT DAMAGES

458. The direct damages incurred on the Cactus Basins project are detailed in Change Orders 3-5, and the subject of RockForce's lawsuit against the County in State Court, estimated in Change Orders 3 – 5 at $12,714,103. The bonding company, Arch Insurance, exercised their right to assume these claims and the lawsuit by RockForce against the County in State Court.

    bb.   We are including these losses here from a personal perspective, because We personally financed a major part of them.

    cc.   Because the County consciously assassinated the legal person of RockForce, those loans are now irrecoverable as a direct and proximate personal consequence of the County's actions.

# CATEGORY 2: COMPANY DESTRUCTION

459. In Our Notice of Claim to the County, we enumerated the catastrophic losses RockForce suffered as a company. These losses included lost business opportunities; loss of critical talent and staff; injury to mercantile standing, bonding capacity and credit; and irreparable reputational hard to industry relationships that I and my family had carefully cultivated over decades.

460. RockForce should be thought of as a System that We built from the ground up to bid on, win, and execute Work in service of Society.

461. The County's course of conduct on the Cactus Basins 4 and 5 project eviscerated anticipated growth and profit. As a direct result of this unlawful campaign, RockForce lost the capacity to bid on, and obtain, new work consistent with its proven track record of winning bids.

462. Between 2014 and 2019, RockForce was awarded 42 projects, valued at over $130M— approximately 31% of the total number of jobs bid. Since the County's course of conduct resulted in the suspension of

RockForce's bonding capacity, RockForce won only a second phase of an existing project, for $1M, before the County finally executed it.

463. In 2021, as a result of damages caused by the County, RockForce was forced to institute an emergency furlough and emergency negotiations with the County. After these negotiations, the County took the most damaging potential action available to it, rejecting 100% of all claims, terminating RockForce for cause, calling the personally guaranteed bonds, and informing Us they would be following up with a claim from the District Attorney to charge Us for their time to do so. As the County was forewarned, this forced the immediate layoff of all RockForce personnel, ultimately devastated the financial capacity of both RockForce and Mr. Sukut, rendered RockForce instantly and permanently unable to perform on any of its contracts. This resulted in the termination of all contracts, multiple bonds being called, and cascading damages.

464. As an approximation of the additional direct damages merely from the projects that the Surety was forced to take over, the Surety subsequently sued Mr. Sukut citing nearly $20 Million in damages. It is Our current estimate that these damages may overlap with $2M to $5M of the damages in Category I.

## CATEGORY 3: PERSONAL DAMAGES

465. Mr. Sukut and his family have also suffered substantial personal and familial loss.

466. As the damages from the County's unlawful conduct accumulated, and the County sat on RockForce's Change Orders, Mr. Sukut drained personal resources—stopping at nothing to try to see the Cactus Basins Project to fruition and to save the company he built from the ground up, and the livelihoods of as many co-workers as he could.

467. The personal harm suffered includes monetary damages—the liquidation of Mr. Sukut's family home and assets that constituted essentially all of his net worth, income, and retirement—as well as irreparable injury to reputation, character, social, familial, community and mercantile standing; mental anguish and suffering; and physical ailments arising from extreme emotional distress.

468. Personal economic damages also include the destruction of the economic potential of RockForce as a company, and Mr. Sukut personally, in the industry.

469. Personal economic damages were essentially ultimate, forcing Mr. Sukut to file bankruptcy concurrently with filing this lawsuit, the act of which will continue to inflict cascading damages into Mr. Sukut's future.

470. These damages go far beyond the substantial economic harm Mr. Sukut and his company have suffered and are truly irreparable.

# **SECTION 9: PRAYER FOR RELIEF**

471. WHEREFORE, PLAINTIFF demands judgment against Defendants for the following relief:

a. Damages of no less than $50 million to $100 million, but in an amount ultimately to be proven at trial, including, but not limited to:

   i. Compensatory damages, including for injury to person, lost income, lost business opportunities, loss of reputation, and loss of Mr. Sukut's economic opportunity in the industry and related industries; and

   ii. Punitive damages.

b. An award of reasonable attorney's fees, costs, and expenses to Plaintiff, pursuant to 42 U.S.C. § 1988, in an amount to be proven at trial;

c. For costs of suit herein incurred;

d. Pre-judgment interest;

e. Such other and further relief as this Court shall find just and proper.

f. A Declaratory Judgment resolving legal uncertainty for Us personally and We The People, and conclusively ruling on and affirming the rights, duties, and obligations of Citizens and Their Government

g. A federally mandated emergency clean up and reorganization of what has now come to be known as one of the most pervasively corrupt governments in these United States, possibly via

Receivership, in order to immediately limit the ongoing and unnecessary suffering and death of United States Citizens as a result of the failure, incompetence, and corruption of largest County by landmass in these United States. As reference as precedent, reference *Plata v. Schwarzenegger.*

## SECTION 10: CLOSING REMARKS

472. Thousands of years ago, Solomon remarked in the Book of Proverbs that Wisdom is to be desired above Gold or Silver, and nothing you could desire could compare with her.

473. As We prepare to file relatively simultaneously to this lawsuit personal bankruptcy and the FEC paperwork for an independent Presidential campaign, We are absolutely overwhelmed with gratitude to God for allowing Us to endure this harrowing and devastating course of events.

474. Through this course of events, We have come to Know and Understand things about the State of our Union, our Society, our Government, our Environment, and the deepest spiritual root causes of the Meta Crisis, or aggregate Crisis of Crises, that our Society and our Planet finds its Self beset by, that We could have never fully Known and Understood in any other Way.

475. As a consequence of standing up, speaking Truth, and shining Light to the greatest extent We are capable of, We understand that We are venturing deeper into spiritual warfare with abjectly corrupted and Dark forces backed by nearly infinite earthly resources who will stop at absolutely nothing to prevent being exposed.

476. It a desperate shame that ought to shock the public conscience that in order to stand up and go to War against this present Darkness for the Integrity of our Society, Government, and Planet, We have already had to endure the kind of torturous suffering that makes Death seem like a sweet relief, and then upon rising from the ashes We are forced to seriously consider through many conversations whether We are willing to potentially suffer and die again at the hands of abjectly corrupt and evil forces who relish consciously inflicting suffering upon their victims.

477. If the Court and Public can find it in their willingness and ability to do so, We would appreciate your help protecting me and my family through the War that lies ahead. Perhaps there is legal precedence for protecting Witnesses against dangerous Government forces.

478. If We can somehow stay alive and fight these battles up to the highest points of the Judicial and Executive branches, We actually will have not only the pragmatic capability, but the legal and social *mandate*, to Vanquish Corruption and Injustice and set this potentially great nation back in Proper Order as an example to all times, places, tribes, and nations.

479. We came to understand something through Our own painful visceral suffering that We could not have truly understood in any other Way, that We would like to convey to Judge, Jury, and the Public as they consider Our Story.

    dd.  Our existence in this world, which the Creator intends to manifest as Co-Creative Heaven on Earth, is marred by the pain and suffering we experience, in all its dimensions.

    ee.  Pain and suffering is difficult to endure, even when it is accidental.

    ff.  What shatters the human psyche and causes deep trauma and scarring, resulting in the total nested set of manifestations we label with Word Tools like Post Traumatic Stress Disorder, is when We come face to face with forces of Evil and Malevolence who We come to understand are actually not only consciously willing, but consciously seeking, to inflict that pain and suffering upon us or others.

    gg.  This shattering of naïve Goodness in an emergent consciousness is far worse that the simple experience of pain and suffering, for it adds to the suffering the shattering of The World We Thought We Were Living In. But it can get even worse.

    hh.  Beyond merely having pain and suffering consciously and intentionally inflicted upon Us by corrupt and malevolent agents, there is a height of trauma that can only be approached when that pain and suffering is consciously and intentionally inflicted upon Us not by Forces of Evil "out there", but *by trusted people in positions of overwhelming power disparity who were supposed to help, provide for, and protect you.*

480. If you have not personally endured this, you cannot imagine its consequences until you do. We pray that Judge, Jury, and the Public will very carefully consider this aspect of Our Story in Our mutual Quest towards Truth and Justice.

481. We also discovered first hand, through Our own direct personal experience, that when one is slowly exploited and abused by false leaders in undeserved positions of Religious, Political, and Social Power, what follows is that your character and reputation and viscously attacked by the immune system of the Religious, Social, and Political structures that are home to the parasitical possession. We have had female friends who have been raped by people in positions of disparate power, and while We could never pretend to understand, We are deeply grateful for the opportunity, as a wealthy white male privileged beyond belief, to go through such suffering and injustice at the hands of respected people who cloak their inner Darkness and Decay in religious and political robes. It was only through personally enduring this unbelievable and unconscionable experience that the Stories of the poor, the weak, the oppressed, and the great stories of those like Jesus came to life. We would never presume that Our Story and Our Suffering would ever qualify us to be accepted by the Spirit of Christ, the poor, the weak, and the oppressed, however if We had to choose between Our Old Life of virtually unlimited wealth, position, power, and opportunity, and Our New Life rising from the ashes of bankruptcy and utter destruction, We would choose in a thousand subsequent incarnations to descend into that Darkness every single time, in order to rise again with We The People in the Spirit of Christ, and work in partnership with God and One Another to Vanquish Corruption and Injustice, and establish the Properly Ordered Kingdom of God, right here On Earth As It Is In Heaven.

482. If the Spirit of Christ, the poor, the weak, and the oppressed could possibly find it in their hearts to accept Us, let Us Join Together As One, and allow this one particular Story to become as aspect of Our Shared Story, for We know understand that no matter what Time or Space We might find our Selves Thrown into, Our Story and Our Battle is One.

483. Lastly and Firstly, We would also like to acknowledge Our own inadequacies and sins, for it will likely be found that We Missed The Mark of Absolute and Unconditional Love and Perfection with many of the

arrows released from the bow of Our consciousness. We forthrightly confess before God, Judge, Jury and Public that We are fully human and wrestle with every struggle and temptation known to man, and against the Standard of Perfection that Jesus clarified, Our daily existence is one of humbly attempting to reach, while never fully obtaining, Our Supreme Aim. We want to make it clear that We understand that the battle of Good and Evil, Cain and Able, that archetypically marks Our Story is one that is waged not only "out there" against the spiritual forces of corruption, injustice, and malevolence, with fractally with the spirit, soul and consciousness of every individual, including Our own. We pray that although Our countless inadequacies are laid bare, it will be self-evident upon deep examination of Our Story that We am doing Our best to strive towards the Light and Get A Little Better Every Day.

484. It is difficult to be perfect in a world of pain, suffering, and malevolence. That is why We are waging this battle. In a world in which it is very difficult to be a human, it is Our mutual responsibility to ensure that Our Government and Institutions use the Power We The People vest in them to make things Better by co-creating the Total Nested Hierarchy of Conditions in which We flawed humans have a chance at mutual success in the difficult challenges We tackle in service of God and Society, rather than weaponizing the Authority We have entrusted to them against Us as we struggle together towards the Light, and help others do the same.

485. We may likely continue to be viciously attacked as a consequence of waging this War – it is Our prayer to Judge, Jury, and the Public that you will Judge Our Story quickly and righteously, and equip and empower Us as you are able to not merely survive, but to thrive, just as We pray and will ceaselessly labor towards the same Goal for you.

486. May Thy Kingdom Come, and Thy Will Be Done, on Earth As It Is In Heaven.

487. Through Our Story, things will be revealed that have no place here on Earth – Let's work together to vanquish and remove them. Through this Story, things will be revealed which are lacking – Let's work together to fill them up and co-create them. This this Story, things will be revealed which are presently manifesting in harmful ways, but which have the Willingness and Potential to be Transformed – Let's work together to Transform them.

488. The Creator is calling Us to become Co-Creators of the Better World that He Intends, and indeed All Creation longs for.

489. We would like to once again emphasize that these Deepest Spiritual Considerations are not extraneous to this lawsuit – they are the Spirit and essence of it. Once again, We appeal for Justice the Highest Spirit and Law, and We trust that no matter the presently manifest state of Our courts, or Our temporary Government Codes, We will find a Way to conform Our lives and Our world towards the Supreme Justice and Mercy of God.

490. There was a time in the past where our standards of [[Integrity]] were so high that those in positions of power could be terminated for even the smallest unethical acts, like failing to pay for an $5 sandwich in the government cafeteria. Through organizing people at scale to bring intention into reality, We have discovered that much of Culture revolves around What We Tolerate.

491. No matter what legal loopholes or written language may be invoked by infinite banks of Government attorneys, We can All finally see that there is enough Smoke pouring forth from Our Story, and a hundred others that provide confirming evidence of the spirit possessing the County and Our Government, that there is obviously a raging Fire within. We will not tolerate it continuing.


Dated this [26th day of July, 2024]

_____
JORDAN NICHOLAS SUKUT,
Pro Se