UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN NICHOLAS SUKUT,<br><br>Plaintiff<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>Defendants. | Case No. EDCV 23-1480-WDK (SSC)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint ("FAC") (Docket No. 12), the Motions to Dismiss and Strike filed by Defendants San Bernardino County and San Bernardino County Flood Control District (Docket Nos. 13, 14), Opposition and Reply to the Motions (Docket Nos. 17-19), the Report and Recommendation of the United States Magistrate Judge ("Report," Docket No. 28), Plaintiff's Objections to the Report ("Objections," Docket No. 29), and the other relevant records on file. The Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected.

Although not required, the Court briefly makes the following observations. *See United States v. Ramos*, 65 F.4th 427, 434 (9th Cir. 2023) ("the district court ha[s] no obligation to provide individualized analysis of each objection"); *Wang v. Masaitis*, 416 F.3d 992, 1000 (9th Cir. 2005) (affirming a cursory district court order

summarily adopting, without addressing any objections, a magistrate judge's report and recommendation).

The Court acknowledges Defendants' argument regarding service on Defendant Snoke (Docket No. 29 at 6), but it declines to reach an issue raised for the first time in the Objections. *See Akhtar v. Mesa*, 698 F.3d 1202, 1208 (9th Cir. 2012) (district court is not required to consider arguments presented for first time in objections); *Lee v. City of Los Angeles*, 250 F.3d 668, 688 (9th Cir. 2001) (generally, the court must limit its review to the operative pleading). Should Defendant Snoke desire to challenge the adequacy of service on him, he may do so through a properly noticed motion to dismiss under Rule 4(m) of the Federal Rules of Civil Procedure, not via objections.

The Court further acknowledges Defendants' request that Plaintiff's state-law claims be dismissed with prejudice because the related state-court action has been dismissed. (Docket No. 29 at 6-7; Docket No. 29-1 at 2-3). However, it is not clear that the dismissed state action contained all the same state-law claims that Plaintiff presented here and/or that there is no means by which he might be permitted to present any of those state-law claims in a state-court action. (Docket No. 12 at 1; Docket No. 14-1 at 24-31).

The Objections are overruled.

**IT IS THEREFORE ORDERED** that:

(1) The Report is **ACCEPTED** and adopted as the Court's own findings and conclusions;

(2) County Defendants' Motion to Dismiss (Docket No. 14) is **GRANTED IN PART**; Plaintiff's state-law claims are dismissed without prejudice to any state-court action he may be entitled to pursue;

(3) County Defendants' Motion to Strike (Docket No. 13) is **GRANTED IN PART** consistent with the Report;

(4) To the extent Plaintiff requests counsel, the request is **DENIED** for the

reasons stated in the Report (*see* Docket No. 28 at 15 n.10);

(5) Defendant Hernandez is **DISMISSED** from this action without prejudice for Plaintiff's failure to serve him; and

(6) this action shall proceed on the FAC as to Plaintiff's federal constitutional claims only as limited by the Report regarding Defendants' Motion to Strike.

IT IS SO ORDERED.

Dated: November 20, 2024

WILLIAM D. KELLER
United States District Judge