1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10  JORDAN NICHOLAS SUKUT,

Case No. 5:23-cv-01480-WDK-SSC

11                                    Plaintiff,

**ORDER ACCEPTING**

12                          v.

**FINDINGS, CONCLUSIONS,
AND RECOMMENDATIONS OF
UNITED STATES
MAGISTRATE JUDGE**

13  COUNTY OF SAN BERNADINO,

14   et al.,

15                                    Defendant.

16

17

18       Pursuant to 28 U.S.C. § 636 the Court has reviewed all of the

19  records herein and the Report and Recommendation of United States

20  Magistrate Judge to which no objections were filed.  The Court accepts

21  the findings and conclusions of the Magistrate Judge in the Report and

22  Recommendation.

23  //

24

25

26

27

28

1    IT IS ORDERED that judgment be entered dismissing the action

2 without prejudice for Plaintiff's failure to prosecute and comply with

3 court orders.

4

5 DATED:  September 4, 2025

6    _____

7    HONORABLE WILLIAM D. KELLER
     UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2