UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN NICHOLAS SUKUT, | Case No. 5:23-cv-01480-WDK-SSC |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COUNTY OF SAN BERNADINO, et al., | |
| Defendant. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: September 4, 2025

HONORABLE WILLIAM D. KELLER
UNITED STATES DISTRICT JUDGE